GREGORY P. PRIAMOS, City Attorney, SB 136766
JAMES E. BROWN, Supervising Deputy City Attorney, SB 162579
OFFICE OF THE CITY ATTORNEY
CITY OF RIVERSIDE
3900 Main Street
Riverside, California 92522
Telephone (951) 826-5567
Facsimile (951) 826-5540

DOUGLAS C. SMITH, Bar No. 160013
SMITH MITCHELLWEILER LLP
4204 Riverside Parkway, Suite 250
Riverside, California 92505
Telephone (951) 509-1355
Facsimile (951) 509-1356

TIMOTHY T. COATES, Bar No. 110364
ALAN DIAMOND, Bar No. 60967
MICHAEL ANTHONY BROWN, Bar No. 243848
GREINES, MARTIN, STEIN & RICHLAND LLP
5900 Wilshire Boulevard, 12th Floor
Los Angeles, California 90036
Telephone (310) 859-7811
Facsimile (310) 276-5261

Attorneys for Defendants City of Riverside, James Brandt,
Michael Medici and Russ Leach

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIFANIA NICOLAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF RIVERSIDE, et al.,<br><br>　　　　　Defendants. | CASE NO. CV 09-01737-DMG-(PJWx)<br><br>DECLARATION ALAN DIAMOND IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Hearing Date: July 30, 2010<br>Hearing Time: 2:00 p.m.<br>Hearing Place: Dept. 7 |

# DECLARATION OF ALAN DIAMOND

Alan Diamond declares as follows:

1. I am a member of the State Bar of California and the Bar of this Court and an attorney with the law firm of Greines, Martin, Stein & Richland LLP. I am one of the attorneys primarily responsible for representing defendants City of Riverside, James Brandt, Michael Medici and Russ Leach in this action.

2. Attached hereto as Exhibit A is a true and correct copy of the Stipulation Re Dismissal of State Law Claims/Theories of Liability.

3. Attached hereto as Exhibit B is a true and correct copy of the criminal docket in People of the State of California v. Epifania Viola Nicolas, Case No. RIF 129919.

4. Attached hereto as Exhibit C is a true and correct copy of the transcript of the April 5, 2007 hearing on Epifania Nicolas' Motion to Suppress Evidence Pursuant to Penal Code section 1538.5 from the certified copy of the criminal trial transcript in People of the State of California v. Epifania Viola Nicolas, Case No. RIF 129919.

5. Attached hereto as Exhibit D are true and correct copies of pages from the certified criminal trial transcript in People of the State of California v. Epifania Viola Nicolas, Case No. RIF 129919.

6. Attached hereto as Exhibit E is a true and correct copy of Plaintiff's Responses to Defendants City of Riverside, Jim Brandt, Michael Medici and Chief of Police Russ Leach's Interrogatories, Set No. One.

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct and that this declaration was executed this 2nd day of July, 2010 at Los Angeles, California.

    /S/ Alan Diamond  
    Alan Diamond