# EXHIBIT A

Diamond Declaration, Exhibit A
Page 2



1 | Douglas C. Smith, Esq. (SBN 160013)
Irene R. Farinas, Esq. (SBN 222547)
2 | **SMITH MITCHELLWEILER, LLP**
4204 Riverwalk Parkway, Suite 250
3 | Riverside, CA 92505
Telephone: (951) 509-1355
4 | Facsimile: (951) 509-1356
Email: dsmith@smitlaw.com
5 |
6 | Gregory P. Priamos, Esq., City Attorney (SBN 136766)
James E. Brown, Esq., Supervising Deputy City Attorney (SBN 162579)
7 | CITY OF RIVERSIDE
**OFFICE OF THE CITY ATTORNEY**
8 | 3900 Main Street
Riverside, CA 92522
9 | Telephone: (951) 826-5567
Facsimile: (951) 826-5540
10 | Email: jbrown@riversideca.gov
11 |
Attorneys for Defendants,
12 | CITY OF RIVERSIDE, CALIFORNIA; (also erroneously sued as CITY OF
RIVERSIDE POLICE DEPARTMENT); JIM BRANDT; MICHAEL MEDICI;
13 | CHIEF OF POLICE RUSS LEACH
14 |
15 | UNITED STATES DISTRICT COURT
16 | FOR THE CENTRAL DISTRICT OF CALIFORNIA
17 |
18 | EPIFANIA NICOLAS,                    ) CASE NO.: CV 09-01737-DMG-
                                        ) PJWx [Assigned to the Honorable
19 |            Plaintiff,               ) Dolly M. Gee]
                                        )
20 |    vs.                             ) **STIPULATION RE DISMISSAL**
                                        ) **OF STATE LAW**
21 | CITY OF RIVERSIDE, CALIFORNIA;      ) **CLAIMS/THEORIES OF**
CITY OF RIVERSIDE POLICE              ) **LIABILITY**
22 | DEPARTMENT; COUNTY OF               )
RIVERSIDE; COUNTY OF                  )
23 | RIVERSIDE DISTRICT ATTORNEY'S       ) *Complaint filed: 3/12/09*
OFFICE; JIM BRANDT; MICHAEL           ) *Trial Date: 10/5/10*
24 | MEDICI; MICHAEL HESTRIN; CHIEF      )
OF POLICE RUSS LEACH; DISTRICT        )
25 | ATTORNEY ROD PACHECO;               )
GROVER C. TRASK; and DOES 1           )
26 | through 10, Inclusive.              )
                                        )
27 |            Defendants.             )
                                        )
28 | _____ )

Diamond Declaration, Exhibit A
Page 3

1      The parties, Epifania Nicolas (hereinafter referred to as "plaintiff") and
2   defendants, City of Riverside (also erroneously sued as City of Riverside Police
3   Department), Jim Brandt, Michael Medici, Chief of Police Russ Leach, County of
4   Riverside, County of Riverside District Attorney's Office, Michael Hestrin,
5   District Attorney Rod Pacheco and Grover C. Trask (hereinafter referred to as
6   "defendants") by and through their respective counsel herein, do hereby stipulate
7   as follows:

8      (1)    Plaintiff hereby dismisses any and all state law claims and/or theories
9   of liability under California law against all defendants;

10     (2)    All 42 U.S.C. Section 1983 claims are preserved and unaffected by
11  this stipulation;

12     (3)    All parties shall bear their own costs as to this dismissal of the state
13  law claims.

14  **IT IS SO STIPULATED BY THE PARTIES.**

15  DATED: June 30, 2010                 SMITH MITCHELLWEILER, LLP

16

17                                       By_____
18                                       Douglas C. Smith, Esq.
                                         Irene R. Farinas, Esq.
19                                       Attorneys for Defendants
                                         CITY OF RIVERSIDE, CALIFORNIA;
20                                       (also erroneously sued as CITY OF
                                         RIVERSIDE POLICE DEPARTMENT);
21                                       JIM BRANDT; MICHAEL MEDICI;
                                         CHIEF OF POLICE RUSS LEACH

22
23  DATED: June ___, 2010                OFFICE OF THE CITY ATTORNEY
                                         CITY OF RIVERSIDE
24

25                                       By_____
26                                       James E. Brown, Esq.
                                         Attorneys for Defendants
27                                       CITY OF RIVERSIDE, CALIFORNIA;
                                         (also erroneously sued as CITY OF
28                                       RIVERSIDE POLICE DEPARTMENT);
                                         JIM BRANDT; MICHAEL MEDICI;
                                         CHIEF OF POLICE RUSS LEACH

**Hamrick Declaration, Exhibit A**
**Page 4**

1   The parties, Epifania Nicolas (hereinafter referred to as "plaintiff") and

2   defendants, City of Riverside (also erroneously sued as City of Riverside Police

3   Department), Jim Brandt, Michael Medici, Chief of Police Russ Leach, County of

4   Riverside, County of Riverside District Attorney's Office, Michael Hestrin,

5   District Attorney Rod Pacheco and Grover C. Trask (hereinafter referred to as

6   "defendants") by and through their respective counsel herein, do hereby stipulate

7   as follows:

8       (1)   Plaintiff hereby dismisses any and all state law claims and/or theories

9   of liability under California law against all defendants;

10      (2)   All 42 U.S.C. Section 1983 claims are preserved and unaffected by

11  this stipulation;

12      (3)   All parties shall bear their own costs as to this dismissal of the state

13  law claims.

14  **IT IS SO STIPULATED BY THE PARTIES.**

15  DATED: June __, 2010         SMITH MITCHELL WEILER, LLP

16

17                                   By_____

18                                     Douglas C. Smith, Esq.
                                   Irene R. Farinas, Esq.

19                                     Attorneys for Defendants
                                   CITY OF RIVERSIDE, CALIFORNIA;

20                                     (also erroneously sued as CITY OF
                                   RIVERSIDE POLICE DEPARTMENT);

21                                     JIM BRANDT; MICHAEL MEDICI;
                                   CHIEF OF POLICE RUSS LEACH

22

23  DATED: June __, 2010         OFFICE OF THE CITY ATTORNEY
                                   CITY OF RIVERSIDE

24

25                                     By_____
                                   James E. Brown, Esq.

26                                     Attorneys for Defendants
                                   CITY OF RIVERSIDE, CALIFORNIA;

27                                     (also erroneously sued as CITY OF
                                   RIVERSIDE POLICE DEPARTMENT);

28                                     JIM BRANDT; MICHAEL MEDICI;
                                   CHIEF OF POLICE RUSS LEACH

2

1

2

3  DATED: ~~June~~ July  1  , 2010

4

5

6

7

8

9

10  DATED: June ___, 2010

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Defendants
CITY OF RIVERSIDE, CALIFORNIA;
(also erroneously sued as CITY OF
RIVERSIDE POLICE DEPARTMENT);
JIM BRANDT; MICHAEL MEDICI;
CHIEF OF POLICE RUSS LEACH*
KINKLE, RODIGER & SPRIGGS

By _____
*Bruce Disenhouse, Esq.
Attorney for Defendants
COUNTY OF RIVERSIDE;
COUNTY OF RIVERSIDE
DISTRICT ATTORNEY'S OFFICE;
MICHAEL HESTRIN; DISTRICT
ATTORNEY ROD PACHECO;
GROVER C. TRASK*

SMITH, CHAPMAN & CAMPBELL

By _____
*Steven C. Smith, Esq.
John C. Clifford, Esq.
Douglas Campbell, Esq.
Attorneys for Plaintiff
EPIFANIA NICOLAS*

C:\DOCUMENTS AND SETTINGS\MMOON\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK1\P-STIP(DISMISS STATE CLAIMS).WPD        3
STIPULATION RE DISMISSAL OF STATE LAW CLAIMS/THEORIES OF LIABILITY

**Diamond Declaration, Exhibit A
Page 6**

1     DATED: June __, 2010            KINKLE, RODIGER & SPRIGGS

2

3                               By _____

                                  Bruce Disenhouse, Esq.
4                                   Attorney for Defendants

                                  COUNTY OF RIVERSIDE;
5                                   COUNTY OF RIVERSIDE

                                  DISTRICT ATTORNEY'S OFFICE;
6                                   MICHAEL HESTRIN; DISTRICT

                                  ATTORNEY ROD PACHECO;
7                                   GROVER C. TRASK

8     DATED: June 30, 2010            SMITH, CHAPMAN & CAMPBELL

9

                                  By _____
10                                   Steven C. Smith, Esq.

                                  John C. Clifford, Esq.
11                                   Douglas Campbell, Esq.

                                  Attorneys for Plaintiff
12                                   EPIFANIA NICOLAS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C:\Documents and Settings\DCampbell.SMITHCHAPMAN\Local Settings\Temporary Internet Files\Content.Outlook\J7SLM5PJD\optn\dismiss.state.claims\.wpd

STIPULATION RE DISMISSAL OF STATE LAW CLAIMS/THEORIES OF LIABILITY

Plaintiff's Declaration, Exhibit A
Page 7

# EXHIBIT B

```
OTSCASPRT      Superior Court of California, County of Riverside
  6/29/10                        CASE PRINT                          Page:    1
                         www.riverside.courts.ca.gov         RC
----------------------------------------------------------------------------
CASE NUMBER:     RIF129919                 DEFENDANT STATUS: Closed
ARREST NBR :     129919A                   ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                  Defn :  3 of    3
============================================================================
          Date Filed : 04/27/06

  District Attorney : John Aki                 Continuances:        89
  Defense  Attorney : D.Huish                  Age in Days :       681
  Custody Status ...: Incustody  - Bail:       Last Trial .: 05/03/07

Charge Information
------------------
Ct                                             Plea        Status Sev
001 ARREST    187(A) PC (1st)    MURDER        NG                  F

001 FILED     187(A) PC (1st)    MURDER        NG       Acquitt F
      B1      1192.7(c)(8) PC    Serious Felony/Used Firearm   Deny   Stricken
      DB      12022.53(b) PC     Used Firearm in Comm of Felony Deny  Stricken
      S9      190.2(a)(15) PC    Spec Circ-Lying in Wait       Deny   Stricken
      SA      190.2(a)(1) PC     Spec Circ-Financial Gain      Deny   Stricken

Disposed Cases
--------------
Case Number    Expires     Convicted/Warrant Charges            Status
RIF127017      00/00/00                                         Closed

Criminal Protective Order/Firearm Surrender (DV)
------------------------------------------------
Date      Type                                  Status     Expire

Case Action Information
-----------------------
Action  Div   Description                        Status
              ------------------------
  6/30/09     Order from District Court of Appeal Augment
              request has been filed augment complete.
              ------------------------
  6/25/09 32  Ex Parte Hearing Re: Stipulation #3 by Counsel   Dispo
              Honorable Judge W. Charles Morgan Presiding.
              Courtroom Assistant: G. Gurrola
              Court Reporter: None.
              Court has reviewed the Court Reporter's
              Transcript dated: 3-4-08.
              The transcript clearly states that the Court
              allowed Stipulation #3 by Counsel to go
              back to the Jury due to the length of calls
              listed in the stipulation. Court finds that
              by virtue of the court reporter's transcript
              and the "RED and BLUE" colored dots on the
```

```
OTSCASPRT     Superior Court of California, County of Riverside
  6/29/10                    CASE PRINT                         Page:    2
                     www.riverside.courts.ca.gov            RC
-----------------------------------------------------------------------------
CASE NUMBER:    RIF129919              DEFENDANT STATUS: Closed
ARREST NBR :    129919A                ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :  3 of   3
=============================================================================
```

|  |  |
|---|---|
|  | stipulation that it indeed was received and went back to the Jury. |
|  | The Court finds that the minute order dated 03/04/2008 does not correctly/clearly reflect the Court order and orders it corrected Nunc Pro Tunc to reflect: |
|  | Motion By Pvt-Huish Regarding allow stipulation to go to deliberations        is called for hearing. |
|  | Motion Granted |
|  | The Court is in receipt of Stipulation #3 by Counsel. Dut to the length of calls listed on the stipulation all Counsel have agreed that it may go back to the Jury. |
|  | Court orders Stipulation #3 by Counsel Received. |
|  | s |
|  | notes |
|  | All Counsel concur. |
|  | Remains remanded to the Division of Adult Institutions. |
|  | ------------------------ |
| 4/01/09 | Court Initiated 8715 Printed. |
|  | ------------------------ |
| 12/09/08 | Created Extra Volume 04. Volume 03 ending with the date of 040708. |
|  | ------------------------ |
| 4/07/08 | Filed: RECEIPT FOR EXHIBITS FR DEPT 32/Gina Gurrola |
|  | ------------------------ |
| 4/04/08 | Created Extra Volume 03. Volume 02 ending with the date of 012508. |
|  | ------------------------ |
|  | Created Extra Volume 02. Volume 01 ending with the date of 040607. |
|  | ------------------------ |
| 3/19/08 | Exhibit List Filed. |
|  | ------------------------ |
| 3/14/08 | Jail Commitment (USE JCN) |
|  | ------------------------ |
|  | Jury Instruction(s) - Cover Sheet filed.(Jury Instructions Attached). |
|  | ------------------------ |
|  | Jury Verdict form as to Count 01 filed (Public) |
|  | ------------------------ |
|  | Jury Verdict (form) as to Count 01 |

**Diamond Declaration, Exhibit B
Page 10**

```
 OTSCASPRT       Superior Court of California, County of Riverside
   6/29/10                       CASE PRINT                         Page:     3
                        www.riverside.courts.ca.gov            RC
--------------------------------------------------------------------------
CASE NUMBER:     RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :     129919A                      ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                   Defn :  3 of    3
==========================================================================
                 filed.(Confidential)
                 ------------------------
         32      Jury Trial (Jury Deliberating)              Dispo
                 Honorable Judge W. Charles Morgan Presiding.
                 Courtroom Assistant: L. King
                 Court Reporter: T. Webster.
                 People represented by Deputy District Attorney:
                 John Aki.
                 Defendant Represented By D.Huish.
                 Defendant Present.
                 Members of the Jury are present.
                 At 9:05 Verdict read.
                 We the Jury in the above entitled action, find
                 the Defendant Epifania Viola Nicolas, NOT GUILTY,
                 in count 01, violation of Section 187(A) PC.
                 Dated: 03/13/2008, and Signed by: # 3 Jury
                 Foreperson.
                 Jurors are not polled.
                 Jurors are thanked and excused.
                 Defendant Released.
                 Minute Order printed to Robert Presley Detention
                 Center.
                 **MINUTE ORDER OF COURT PROCEEDING**
                 **MINUTE ORDER OF COURT PROCEEDING**
                 ------------------------
3/13/08 32      Jail Commitment (USE JCN)
                 ------------------------
                 Jury Request/Question Filed.
                 ------------------------
         32      Jury Trial (Jury Deliberating)              Dispo
                 Honorable Judge W. Charles Morgan Presiding.
                 Courtroom Assistant: J. Ruiz
                 Court Reporter: None.
                 Jury retires at  9:00 to resume deliberations.
                 At 2:00 the jury returns a note to the Court
                 regarding their schedule for 3/14/08.
                 At  4:00 jurors indicate they have reached a
                 verdict.
                 The Court orders the jury foreperson to
                 place the verdict sheets into a confidential
                 envelope and give to the Court for safekeeping.
                 Jurors are ordered to return on 3/14/08 at
                 9:00am for reading of the verdict.
                 All counsel notified.
                 Defendant to be dressed out for trial.
```

**Diamond Declaration, Exhibit B**
**Page 11**

```
 OTSCASPRT      Superior Court of California, County of Riverside
  6/29/10                        CASE PRINT                          Page:     4
                        www.riverside.courts.ca.gov            RC
---------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :    129919A                      ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                     Defn :  3 of    3
=================================================================================
```

|  |  |  |
|---|---|---|
|  | Sheriff to transport the defendant to Court on 3/14/08 at 08:30am in Dept. 32. Remains remanded to custody of Riverside Sheriff. Minute Order printed to Robert Presley Detention Center. ---- CORRECTED MINUTE ORDER PRINTED TO THE JAIL AT  4:18 ---- Jury Trial (Jury Deliberating) is adjourned to 03/14/2008 at  9:00 in Dept. 32. Minute Order printed to Robert Presley Detention Center. At 16:10, proceedings adjourned. **MINUTE ORDER OF COURT PROCEEDING** |  |

---

**3/12/08 32**   Jury Trial (Jury Deliberating)                              Dispo
Honorable Judge W. Charles Morgan Presiding.
Courtroom Assistant: L. Franklin
Nothing held on the record this date.
Jury in at 9:00 to resume deliberations.
At 16:20 the Jury retires for the day to return
3-18-08 at 9:00 a.m.
Jury Trial (Jury Deliberating) is adjourned to
03/13/2008 at  8:30 in Dept. 32.
Defendant ordered to return on any and all future
hearing dates.
Remains remanded to custody of Riverside Sheriff.
Bail To Remain as fixed.
Minute Order printed to Robert Presley Detention
Center.

---

**3/11/08 32**   Jury Trial (Jury Deliberating)                              Dispo
Honorable Judge W. Charles Morgan Presiding.
Courtroom Assistant: L. Franklin
Nothing held on the record this date.
Jury in at 9:00 to continue deliberations.
At 16:15 jury retires for the day to return
3-12-08 for continued deliberations.
Jury Trial (Jury Deliberating) is adjourned to
03/12/2008 at  8:30 in Dept. 32.
Defendant ordered to return on any and all future
hearing dates.
Remains remanded to custody of Riverside Sheriff.
Bail To Remain as fixed.
Minute Order printed to Robert Presley Detention
Center.

```
OTSCASPRT      Superior Court of California, County of Riverside
  6/29/10                       CASE PRINT                              Page:     5
                          www.riverside.courts.ca.gov           RC
--------------------------------------------------------------------------------
CASE NUMBER:      RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :      129919A                    ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)   RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                      Defn :  3 of    3
================================================================================
                     -------------------------
  3/10/08         Jury Request/Question Filed.
                     -------------------------
                  Jury Request/Question Filed.
                     -------------------------
          32      Jury Trial (Jury Deliberating)                        Dispo
                  At  9:05, the following proceedings were held:
                  Jury retires at  9:05 to resume deliberations.
                  At  4:30, the following proceedings were held:
                  Jury retires for the day.
                  Deliberating panel to return 03/11/08 at 9:00 am
                  resume deliberations.
                  Deft to remain on call for jury verdict(s)
                  (in Transportation) until presence is requested by
                  the Court
                  Jury Trial (Jury Deliberating) is adjourned to
                  03/11/2008 at  8:30 in Dept. 32.
                  Defendant ordered to return on any and all future
                  hearing dates.
                  Remains remanded to custody of Riverside Sheriff.
                  Bail To Remain as fixed.
                  Defendant to be dressed out for trial.
                  Minute Order printed to Robert Presley Detention
                  Center.
                    **MINUTE ORDER OF COURT PROCEEDING**
                     -------------------------
  3/07/08         Jury Request/Question Filed.
                     -------------------------
          32      Jury Trial In-Progress                                Dispo
                  Honorable Judge W. Charles Morgan Presiding.
                  Courtroom Assistant: L. Franklin
                  Court Reporter: C. McCutchen.
                  People represented by Deputy District Attorney:
                  J.Aki.
                  Defendant Represented By D.Huish.
                  Defendant Present.
                  At  8:47, the following proceedings were held:
                  Out of the Presence Of the Jury, the following
                  proceedings were held: Court addresses counsels.
                  Court has read and considered Rap sheet of
                  witness Annette Caldera.
                  The Court addresses defense counsel regarding
                  testimony of witness and statements made to
                  witness by defense counsel.
                  The Court finds there is no evidence presented in
```

```
OTSCASPRT      Superior Court of California, County of Riverside
  6/29/10                     CASE PRINT                          Page:      6
                     www.riverside.courts.ca.gov            RC
----------------------------------------------------------------------
CASE NUMBER:    RIF129919                 DEFENDANT STATUS: Closed
ARREST NBR :    129919A                   ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                  Defn :  3 of   3
======================================================================
```

                    trial that witness (Ms. Claldera) was not
                    convicted of Perjury.
                    Court's Exhibit 10-Rapsheet of Caldera Marked for
                    Identification.
                    At  9:07, the following proceedings were held:
                    21st Day of Trial
                    Members of the Jury and Alternate(s) *RED JURY
                    ONLY* are present
                    Closing Argument presented By the People.
                    (Rebuttal argument)
                    At  9:43, the following proceedings were held:
                    Court Instructs the Jury.
                    At  9:52, the following proceedings were held:
                    Sheriff is sworn to take charge of the jury and
                    alternate(s). [USE SSTCJ]
                    Jury retires at  9:53 to begin deliberations.
                    Alternate Jurors are thanked and placed on call.
                    Deft waives presence for readback and questions
                    from the Jury.
                    Jury retires for the day to return 3/10/08 at
                    9:00 a.m.
                    Jury Trial (Jury Deliberating) is adjourned to
                    03/10/2008 at  8:30 in Dept. 32.
                    Deft to remaine in Transportation until presence
                    is requested by the Court.
                    Defendant ordered to return on any and all future
                    hearing dates.
                    Remains remanded to custody of Riverside Sheriff.
                    Bail To Remain as fixed.
                    Defendant to be dressed out for trial.
                    Minute Order printed to Robert Presley Detention
                    Center.
                    -------------------------
          32        Hearing Set RE: Juror Contempt #8420589         Dispo
                    Honorable Judge W. Charles Morgan Presiding.
                    Courtroom Assistant: L. Franklin
                    Court Reporter: C. McCutchen.
                    Counsels are not present for this hearing.
                    Defendant is not present for this hearing.
                    Juror #8420589 (Gregory Ross Cleveland) present
                    in Court.
                    Representing Juror #8420589 Pvt Janice Cleveland
                    present in Court.
                    Counsel addresses the court.
                    Matter is dismissed.

```
OTSCASPRT      Superior Court of California, County of Riverside
  6/29/10                    CASE PRINT                          Page:     7
                     www.riverside.courts.ca.gov              RC
-------------------------------------------------------------------------------
CASE NUMBER:    RIF129919               DEFENDANT STATUS: Closed
ARREST NBR :    129919A                 ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA               Defn :  3 of   3
===============================================================================
                   -------------------------
 3/06/08 32    Jury Trial In-Progress                        Dispo
               Honorable Judge W. Charles Morgan Presiding.
               Courtroom Assistant: G. Gurrola
               Court Reporter: C. McCutchen.
               People represented by Deputy District Attorney:
               J.Aki.
               Defendant Represented By D.Huish.
               Defendant Present.
               20th Day of Trial
               Members of the Jury and Alternate(s) of the "RED
               JURY ONLY" are present
               In the Presence Of the Jury, the following
               proceedings were held: trial resumes
               Opening argument presented by the People.
               Jury Panel admonished.
               All Jurors Are Directed to return after the
               morning recess.
               Court in recess.
               The Court finds that the minute order dated
               03/05/2008 does not correctly/clearly reflect the
               Court order and orders it corrected Nunc Pro Tunc
               to reflect:
               was granted.
               Motion By the People Regarding dismiss
               enhancement for use of firearms              is
               called for hearing.
               Motion Granted
               Court orders Enhancement(s) B1-1192.7(c)(8)PC
               DB-12022.53(b)PC  in Count 1 Stricken.
               ***************************************************
               At 11:14, the following proceedings were held:
               Members of the Jury and Alternate(s) of the "RED
               JURY ONLY" are present
               Opening argument concluded by the People.
               Jury Panel admonished.
               All Jurors Are Directed to return after the lunch
               recess.
               Court in recess.
               At 13:31, the following proceedings were held:
               Members of the Jury and Alternate(s) of the "RED
               JURY ONLY" are present
               In the Presence Of the Jury, the following
               proceedings were held: trial resumes
               Closing Argument presented By the Defense.
```

```
OTSCASPRT      Superior Court of California, County of Riverside
  6/29/10                    CASE PRINT                           Page:    8
                      www.riverside.courts.ca.gov            RC
-------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :    129919A                    ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :  3 of   3
===============================================================================
                   Jury Panel admonished.
                   All Jurors Are Directed to return after the
                   afternoon break.
                   Court in recess.
                   At 15:22, the following proceedings were held:
                   Members of the Jury and Alternate(s) of the "RED
                   JURY ONLY" are present
                   Closing Argument concluded By the Defense.
                   Jurors Are Admonished and directed to return on
                   03/07/2008 at  9:00.
                   Counsel asked to return a little bit early.
                   Jury Trial in Progress is adjourned to 03/07/2008
                   at  9:00 in Department 32.
                   All parties notified.
                   Bail To Remain as fixed.
                   Remains remanded to custody of Riverside Sheriff.
                   Sheriff to house defendant at RPDC pending
                   completion of trial.
                   Defendant to be dressed out for trial.
                   Minute Order printed to Robert Presley Detention
                   Center.
                     **MINUTE ORDER OF COURT PROCEEDING**
                     -------------------------
3/05/08 32         Jury Trial In-Progress                         Dispo
                   Honorable Judge W. Charles Morgan Presiding.
                   Courtroom Assistant: G. Gurrola
                   Court Reporter: C. McCutchen.
                   People represented by Deputy District Attorney:
                   J.Aki.
                   Defendant Represented By D.Huish.
                   Defendant Present.
                   19th Day of Trial
                   Out of the Presence Of the Jury, the following
                   proceedings were held: (9:10am)
                   Counsel Stipulate: Discuss jury instructions off
                   the record..
                   Court and Counsel Confer regarding: Jury
                   Instructions.
                   At 10:18, the following proceedings were held:
                   Comments and/or objections re: the jury
                   instructions are placed on the record.
                   Court and Counsel Confer regarding: Exhibits
                   Argument by Counsel.
                   People's Exhibit 65A-Unsigned Caldera plea
                   agreement is/are Marked for identification only.
```

```
OTSCASPRT     Superior Court of California, County of Riverside
 6/29/10                       CASE PRINT                        Page:      9
                     www.riverside.courts.ca.gov          RC
----------------------------------------------------------------------------
CASE NUMBER:    RIF129919               DEFENDANT STATUS: Closed
ARREST NBR :    129919A                 ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA             Defn :  3 of    3
============================================================================
```

People's Exhibit(s) 1 3-35 37-55 59-60A 64-65
66-90 94 is/are Admitted in evidence.
Defendant's Exhibit(s) A-PA is/are Admitted into
evidence.
Jury Trial in Progress is adjourned to 03/06/2008
at  9:30 in Department 32.
Court orders defendant to be present at next
hearing date.
All parties notified.
Bail To Remain as fixed.
Remains remanded to custody of Riverside Sheriff.
Sheriff to house defendant at RPDC pending
completion of trial.
Defendant to be dressed out for trial.
Minute Order printed to Robert Presley Detention
Center.
  **MINUTE ORDER OF COURT PROCEEDING**
                  -------------------------
3/04/08      Stipulation #3 by Counsel ordered Received
                  -------------------------
        32   Jury Trial In-Progress                    Dispo
             Honorable Judge W. Charles Morgan Presiding.
             Courtroom Assistant: G. Gurrola
             Court Reporter: C. McCutchen.
             People represented by Deputy District Attorney:
             J.Aki.
             Defendant Represented By D.Huish.
             Defendant Present.
             18th Day of Trial
             People's Exhibit 94-1 live round/1 disassembled
             bullet is/are Marked for identification only.
             Detective Medici Designated as Investigating
             Officer.
             Members of the Jury and Alternate(s) of both the
             "RED" & "BLUE" Jurys are present
             In the Presence Of the Jury, the following
             proceedings were held: trial resumes
             Defendant's Witness, Kamran Shirazi is Sworn and
             testifies.
             Witness Kamran Shirazi excused.
             Defendant's Witness, Kourosh Shirazi is Sworn and
             testifies.
             Witness Kourosh Shirazi excused.
             Defense rest.
             People re-open.

```
OTSCASPRT        Superior Court of California, County of Riverside
  6/29/10                       CASE PRINT                            Page:    10
                        www.riverside.courts.ca.gov              RC
---------------------------------------------------------------------------------
CASE NUMBER:      RIF129919                   DEFENDANT STATUS: Closed
ARREST NBR :      129919A                     ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :  3 of    3
=================================================================================
```

People's witness Detective Mike Medici,
previously sworn, resumes the witness stand.
Witness Mike Medici excused.
Jury Panel admonished.
All Jurors Are Directed to return after the
morning recess.
Out of the Presence Of the Jury, the following
proceedings were held:
*************************************
Court and Counsel Confer regarding: offer of
proof/late discovery
Argument by Counsel.
Court reviews Investigator's reports.
Court's ruling as stated on the record.
Court's Exhibit 8-9: Investigator's reports
Marked for Identification.
Court in recess.
At 10:58, the following proceedings were held:
Members of the Jury and Alternate(s) of both the
"RED" & "BLUE" Jurys are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
People rest.
Stipulation #1 of Counsel read to the Jury.
Stipulation #2 of Counsel read to the Jury.
Stipulation #3 of Counsel read to the Jury.
***BLUE JURY ADMONISHED AND LEAVES THE COURTROOM**
At 11:09, the following proceedings were held:
****RED JURY ONLY PRESENT IN THE COURTROOM****
Stipulation #4 of Counsel read to the Jury.
Stipulation #5 of Counsel read to the Jury.
Jurors Are Admonished and directed to return on
03/06/2008 at  9:30.
Counsel to return @ 9:00 tomorrow to discuss
jury instructions.
Jury Trial in Progress is adjourned to 03/05/2008
at  9:00 in Department 32.
Court orders defendant to be present at next
hearing date.
All parties notified.
Bail To Remain as fixed.
Remains remanded to custody of Riverside Sheriff.
Sheriff to house defendant at RPDC pending
completion of trial.
Minute Order printed to Robert Presley Detention

```
OTSCASPRT      Superior Court of California, County of Riverside
  6/29/10                        CASE PRINT                        Page:    11
                        www.riverside.courts.ca.gov                 RC
-----------------------------------------------------------------------------
CASE NUMBER:     RIF129919                   DEFENDANT STATUS: Closed
ARREST NBR :     129919A                     ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                  Defn :  3 of   3
=============================================================================
```

                         Center.
                         **MINUTE ORDER OF COURT PROCEEDING**
                         -------------------------
    3/03/08              Filed: Deft's motion to admit testimony of
                         J.Pellum
                         -------------------------
              32         Jury Trial In-Progress                      Dispo
                         Honorable Judge W. Charles Morgan Presiding.
                         Courtroom Assistant: G. Gurrola
                         Court Reporter: C. McCutchen.
                         People represented by Deputy District Attorney:
                         J.Aki.
                         Defendant Represented By D.Huish.
                         Defendant Present.
                         17th Day of Trial
                         Out of the Presence Of the Jury, the following
                         proceedings were held: (9:10am)
                         Motion in limine re: preclude inquiry eliciting
                         hearsay called for hearing.
                         Court has read and considered People's motion &
                         Deft's motion to admit testimony.
                         Court orders Motion in Limine & Deft's motion
                         filed.
                         Argument by Counsel.
                         Court takes a brief recess.
                         At  9:39, the following proceedings were held:
                         Court's returns with a ruling as stated on
                         the record.
                         Court in recess.
                         At 10:02, the following proceedings were held:
                         Members of the Jury and Alternate(s) of the "RED"
                         Jury only are present
                         In the Presence Of the Jury, the following
                         proceedings were held: trial resumes
                         Defendant's Witness, Jesstina Sandra Pellum is
                         Sworn and testifies.
                         Witness Jesstina Sandra Pellum Excused; Subject
                         to recall.
                         All Jurors Are Directed to return after the
                         morning recess.
                         Court in recess.
                         At 11:25, the following proceedings were held:
                         Members of the Jury and Alternate(s) of the "RED"
                         Jury only are present
                         In the Presence Of the Jury, the following

**Diamond Declaration, Exhibit B**
**Page 19**

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                      CASE PRINT                        Page:    12
                    www.riverside.courts.ca.gov            RC
------------------------------------------------------------------------
CASE NUMBER:    RIF129919              DEFENDANT STATUS: Closed
ARREST NBR :    129919A                ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA            Defn :  3 of   3
========================================================================
```

proceedings were held: trial resumes
Defendant's Witness, Reneice Lang is Sworn and
testifies.
Witness Reneice Lang (Incustody) excused, subject
to recall.
Minute Order printed to Robert Presley Detention
Center.
All Jurors Are Directed to return after the lunch
recess @ 13:30pm.
Court in recess.
At 13:53, the following proceedings were held:
Members of the Jury and Alternate(s) of both the
"RED" & "BLUE" Jurys are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
Defendant's Witness, Gary Geiger is Sworn and
testifies.
Witness Gary Geiger excused.
Defense Witness, Detective Jim Brandt, previously
sworn, resumes the witness stand.
Witness Jim Brandt Excused; Subject to recall.
Defendant's Witness, Russell Jay Singer is Sworn
and testifies.
Witness Russell Jay Singer Excused; Subject to
recall.
All Jurors Are Directed to return after a brief
recess.
Court in recess.
At 14:35, the following proceedings were held:
Members of the Jury and Alternate(s) of the "RED"
Jury only are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
Defendant's Witness, Angelina Caroline Bustamante
is Sworn and testifies.
Witness Angelina Caroline Bustamante (Incustody)
excused, subject to recall.
Minute Order printed to Robert Presley Detention
Center.
Jurors Are Admonished and directed to return on
03/04/2008 at  9:00.
Jury Trial in Progress is adjourned to 03/04/2008
at  9:00 in Department 32.
Court orders defendant to be present at next
hearing date.

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                          CASE PRINT                          Page:    13
                        www.riverside.courts.ca.gov              RC
--------------------------------------------------------------------------------
CASE NUMBER:     RIF129919                     DEFENDANT STATUS: Closed
ARREST NBR :     129919A                       ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :  3 of    3
================================================================================
```

                    All parties notified.
                    Bail To Remain as fixed.
                    Remains remanded to custody of Riverside Sheriff.
                    Sheriff to house defendant at RPDC pending
                    completion of trial.
                    Defendant to be dressed out for trial.
                    Minute Order printed to Robert Presley Detention
                    Center.
                    **MINUTE ORDER OF COURT PROCEEDING**
                    ------------------------
                    Motion in limine to preclude inquiry eliciting
                    hearsay filed.
                    ------------------------
    2/28/08         Request for Jury Instructions Filed by the People
                    ------------------------
        32          Jury Trial In-Progress                          Dispo
                    Honorable Judge W. Charles Morgan Presiding.
                    Courtroom Assistant: G. Gurrola
                    Court Reporter: C. McCutchen.
                    People represented by Deputy District Attorney:
                    J.Aki.
                    Defendant Represented By D.Huish.
                    Defendant Present.
                    16 Day of Trial
                    Defendant's Exhibit I-Caldera Wire tap (11-30-05)
                    to 760-9248 (RED) is/are marked for
                    identification only.
                    Defendant's Exhibit IA-Transcript to Caldera wire
                    tap (11-30-05)(RED)  is/are marked for
                    identification only.
                    Defendant's Exhibit J-Cassette tape of Caldera
                    wire tap (4-21-07)(RED) is/are marked for
                    identification only.
                    Defendant's Exhibit JA-Transcript to Caldera wire
                    tap (4-21-07) is/are marked for identification
                    only.
                    Defendant's Exhibit K-Cassette tape of Caldera
                    jail tap (4-3-07)(RED)  is/are marked for
                    identification only.
                    Defendant's Exhibit KA-Transcript to Caldera jail
                    tap (4-3-07) is/are marked for identification
                    only.
                    Defendant's Exhibit L-Cassette tape of Caldera
                    wire tap (11-30-05)RED  is/are marked for
                    identification only.

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                          CASE PRINT                        Page:      14
                          www.riverside.courts.ca.gov               RC
-------------------------------------------------------------------------------
CASE NUMBER:     RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :     129919A                      ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :  3 of    3
===============================================================================
```

Defendant's Exhibit LA-Transcript to Caldera wire
tap (11-30-05) is/are marked for identification
only.
Defendant's Exhibit M-N: Receipt for windows
is/are marked for identification only.
Defendant's Exhibit O-Phone #'s of Dental Office
& Cell# for Ms.Russel is/are marked for
identification only.
At   9:32, the following proceedings were held:
Members of the Jury and Alternate(s) of both the
"RED" & "BLUE" Jurys are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
Defense Witness, William Dennis St.Clair,
previously sworn, resumes the witness stand.
Witness William Dennis St.Clair excused.
Defendant's Witness, Gabriel Hernandez is Sworn
and testifies.
Witness Gabriel Hernandez excused.
Jury Panel admonished.
All Jurors Are Directed to return after the
morning recess.
Out of the Presence Of the Jury, the following
proceedings were held: (10:41am)
Court and Counsel Confer regarding: witness-moral
turpitude
Court and Counsel Confer regarding: scheduling
Court in recess.
At 11:02, the following proceedings were held:
Members of the Jury and Alternate(s) of both the
"RED" & "BLUE" Jurys are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
Defendant's Witness, Steven Richard Finch is
Sworn and testifies.
Witness Steven Richard Finch excused.
Defendant's Witness, Stephanie Russell is Sworn
and testifies.
Jury Panel admonished.
All Jurors Are Directed to return after the lunch
recess.
Out of the Presence Of the Jury, the following
proceedings were held: (13:30pm)
Motion in limine re: Ms.Pellum called for hearing.
Argument by Defense.

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                          CASE PRINT                          Page:    15
                          www.riverside.courts.ca.gov              RC
-----------------------------------------------------------------------------
CASE NUMBER:    RIF129919                DEFENDANT STATUS: Closed
ARREST NBR :    129919A                  ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                      Defn :  3 of    3
=============================================================================
```

                     Court's ruling as stated on the record.
                     At 13:44, the following proceedings were held:
                     Members of the Jury and Alternate(s) of both the
                     "RED" & "BLUE" Jurys are present
                     In the Presence Of the Jury, the following
                     proceedings were held: trial resumes
                     Defense Witness, Stephanie Russell, previously
                     sworn, resumes the witness stand.
                     Witness Stephanie Russell Excused; Subject to
                     recall.
                     Jury Panel admonished.
                     All Jurors Are Directed to take a 10-minute
                     recess.
                     Court in recess.
                     Out of the Presence Of the Jury, the following
                     proceedings were held: (14:34pm)
                     Court's Exhibit 6-Caldera Jail wire tap-Short
                     version Marked for Identification.
                     Court's Exhibit 7-Caldera Jail wire tap-Long
                     version Marked for Identification.
                     Defendant's Exhibit P-Cassette tape-Caldera wire
                     tap (5-29-07)(RED) is/are marked for
                     identification only.
                     Defendant's Exhibit PA-Transcript of Caldera wire
                     tap (5-29-07)(RED)   is/are marked for
                     identification only.
                     Court and Counsel Confer regarding: which exhibit
                     will be introduced to the Jury
                     At 14:44, the following proceedings were held:
                     Members of the Jury and Alternate(s) of the "RED"
                     Jury only are present
                     In the Presence Of the Jury, the following
                     proceedings were held: trial resumes
                     No witness is currently on the stand.
                     Counsel Stipulate: Foundation for telephone calls.
                     Exhibits I J P L and K are played for the
                     "RED" Jury only.
                     Jurors Are Admonished and directed to return on
                     03/03/2008 at 10:00.
                     Counsel asked to return @ 9:00am on 3-03-08.
                     Jury Trial in Progress is adjourned to 03/03/2008
                     at   9:00 in Department 32.
                     Court orders defendant to be present at next
                     hearing date.
                     All parties notified.

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                       CASE PRINT                           Page:    16
                        www.riverside.courts.ca.gov              RC
--------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :    129919A                      ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :  3 of    3
================================================================================
```

                    Bail To Remain as fixed.
                    Remains remanded to custody of Riverside Sheriff.
                    Sheriff to house defendant at RPDC pending
                    completion of trial.
                    Defendant to be dressed out for trial.
                    Minute Order printed to Robert Presley Detention
                    Center.
                      **MINUTE ORDER OF COURT PROCEEDING**
                      -------------------------
 2/27/08 32    Jury Trial In-Progress                        Dispo
                    Honorable Judge W. Charles Morgan Presiding.
                    Courtroom Assistant: G. Gurrola
                    Court Reporter: C. McCutchen.
                    People represented by Deputy District Attorney:
                    J.Aki.
                    Defendant Represented By D.Huish.
                    Defendant Present.
                    15th Day of Trial
                    Out of the Presence Of the Jury, the following
                    proceedings were held: (08:53am)
                    As to Special Circumstance for Financial Gain:
                    (Ruling on previous motion)
                    Court's ruling as stated on the record.
                    Court and Counsel Confer regarding: next witnesses
                    At  9:00, the following proceedings were held:
                    Defendant's Exhibit G-Delegation & Certificate
                    is/are marked for identification only.
                    Members of the Jury and Alternate(s) of both the
                    "RED" & "BLUE" Jurys are present
                    In the Presence Of the Jury, the following
                    proceedings were held: trial resumes
                    Defendant's Witness, John Olivares is Sworn and
                    testifies.
                    Witness John Olivares excused.
                    Defendant's Witness, Sergio Olivarez is Sworn and
                    testifies.
                    Witness Sergio Olivarez excused.
                    Defense Witness, Jim Brandt, previously sworn,
                    resumes the witness stand.
                    Witness Jim Brandt Excused; Subject to recall.
                    All Jurors Are Directed to return after the
                    morning recess @ 10:36am.
                    Court in recess.
                    Out of the Presence Of the Jury, the following
                    proceedings were held: (10:38am)

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                    Page:    17
                    www.riverside.courts.ca.gov          RC
---------------------------------------------------------------------------
CASE NUMBER:     RIF129919              DEFENDANT STATUS: Closed
ARREST NBR :     129919A                ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                     Defn :  3 of    3
===========================================================================
```

Court and Counsel Confer regarding: marking
Defense exhibit
Court's Exhibit 5-Petition to Remove Trustees
Marked for Identification.
At 10:42, the following proceedings were held:
Members of the Jury and Alternate(s) of both the
"RED" & "BLUE" Jurys are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
Defendant's Witness, Martin Edward Dack is Sworn
and testifies.
Witness Martin Edward Dack excused.
Defense Witness, Jim Brandt, previously sworn,
resumes the witness stand.
Witness Jim Brandt Excused; Subject to recall.
All Jurors Are Directed to after the lunch recess
@ 13:30pm.
Court in recess.
There is short delay in proceedings due to
witness issues.
Court Reporter: T. O'Neill.
At 14:11, the following proceedings were held:
Members of the Jury and Alternate(s) of both the
"RED" & "BLUE" Jurys are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
Defendant's Witness, William Dennis St.Clair is
Sworn and testifies.
Defendant's Exhibit H-Tujunga report by
Mr.St.Clair is/are marked for identification
only.
All Jurors Are Directed to return after a brief
recess.
Court in recess.
People's Exhibit 91-Property Act.Report-Wyngate
#2 is/are Marked for identification only.
People's Exhibit 92-Property Act.Report-Wyngate
#1 is/are Marked for identification only.
People's Exhibit 93-Property Act.Report-Wyngate
is/are Marked for identification only.
At 15:45, the following proceedings were held:
Members of the Jury and Alternate(s) of both the
"RED" & "BLUE" Jurys are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes

```
OTSCASPRT      Superior Court of California, County of Riverside
  6/29/10                        CASE PRINT                           Page:     18
                         www.riverside.courts.ca.gov         RC
-------------------------------------------------------------------------
CASE NUMBER:     RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :     129919A                      ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                  Defn :  3 of    3
=========================================================================
```

                    Defense Witness, William Dennis St.Clair,
                    previously sworn, resumes the witness stand.
                    Jurors Are Admonished and directed to return on
                    02/28/2008 at  9:30.
                    Jury Trial in Progress is adjourned to 02/28/2008
                    at   9:30 in Department 32.
                    Court orders defendant to be present at next
                    hearing date.
                    All parties notified.
                    Bail To Remain as fixed.
                    Remains remanded to custody of Riverside Sheriff.
                    Sheriff to house defendant at RPDC pending
                    completion of trial.
                    Defendant to be dressed out for trial.
                    Minute Order printed to Robert Presley Detention
                    Center.
                    **MINUTE ORDER OF COURT PROCEEDING**
                    Witness Angela Bustamonte (Incustody) ordered to
                    return on 03/03/2008 at  9:00 in Dept 32.
                    Witness Reneice Lang (Incustody) ordered to
                    return on 03/03/2008 at  9:00 in Dept 32.
                    Minute Order printed to Robert Presley Detention
                    Center.
                    ------------------------
                    Request for Jury Instructions Filed by the People
                    ------------------------
2/25/08 32          Jury Trial In-Progress                          Dispo
                    Honorable Judge W. Charles Morgan Presiding.
                    Courtroom Assistant: G. Gurrola
                    Court Reporter: C. McCutchen.
                    People represented by Deputy District Attorney:
                    J.Aki.
                    Defendant Represented By D.Huish.
                    Defendant Present.
                    14th Day of Trial
                    Out of the Presence Of the Jury, the following
                    proceedings were held: (9:00am)
                    Motion By Pvt-D.Huish Regarding mistrial is
                    called for hearing.
                    Motion Denied.
                    People's Exhibit 60-Tape of Caldera Interview
                    (Red Jury Only) is/are Marked for identification
                    only.
                    People's Exhibit 60A-Transcript of Caldera
                    Interview (Red Jury Only is/are Marked for

```
OTSCASPRT      Superior Court of California, County of Riverside
  6/29/10                      CASE PRINT                           Page:    19
                    www.riverside.courts.ca.gov            RC
--------------------------------------------------------------------------------
CASE NUMBER:    RIF129919              DEFENDANT STATUS: Closed
ARREST NBR :    129919A                ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY) RIV
Defendant .: NICOLAS, EPIFANIA VIOLA            Defn :  3 of   3
================================================================================
```

identification only.
At  9:08, the following proceedings were held:
Members of the Jury and Alternate(s) of the "RED
JURY ONLY" are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
People's witness Jim Brandt, previously sworn,
resumes the witness stand.
Exhibit #60 played for the Jury.
All Jurors Are Directed to return after the
morning recess.
Court in recess.
At 10:44, the following proceedings were held:
Members of the Jury and Alternate(s) of the "RED
JURY ONLY" are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
People's witness Jim Brandt, previously sworn,
resumes the witness stand.
Witness Jim Brandt excused.
All Jurors Are Directed to return after the lunch
recess.
Out of the Presence Of the Jury, the following
proceedings were held: (11:29am)
Court and Counsel Confer regarding: Court Exhibit
#4-Caldera wire tap
Court has read and considered highlighted
portions by Mr.Huish.
The Court asks Counsel to review the
portions that will be admissible.
Argument by Defense.
Defense renews is motion for mistrial.
Motion Denied.
At 13:34, the following proceedings were held:
Members of the Jury and Alternate(s) of both the
"RED & BLUE" Jurys are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
People's witness Timothy Ellis, previously sworn,
resumes the witness stand.
Witness Timothy Ellis excused.
People's Witness, Detective-Mike Medici is Sworn
and testifies.
Witness Mike Medici excused.
Defendant's Exhibit F-Copy of check #2136 is/are

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                         CASE PRINT                          Page:    20
                        www.riverside.courts.ca.gov              RC
--------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :    129919A                      ARREST DATE ....: 8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                       Defn :  3 of   3
================================================================================
```

marked for identification only.
All Jurors Are Directed to return after the
afternoon break.
Court in recess.
At 14:25, the following proceedings were held:
Members of the Jury and Alternate(s) are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
People's witness Mike Medici, previously sworn,
resumes the witness stand.
Witness Mike Medici excused.
People's Witness, James Hall is Sworn and
testifies.
Witness James Hall excused.
People (subject to introduction of exhibits) rest.
Jurors Are Admonished and directed to return on
02/27/2008 at  9:00.
Out of the Presence Of the Jury, the following
proceedings were held:
***************************
Oral Motion By Pvt-Huish regarding 1118.1 PC is
called for hearing.
Argument by Defense.
Enhancement for financial gain is Taken Under
Submission.
As to all other Counts:
Motion Denied.
Jury Trial in Progress is adjourned to 02/27/2008
at  9:00 in Department 32.
Court orders defendant to be present at next
hearing date.
All parties notified.
Bail To Remain as fixed.
Remains remanded to custody of Riverside Sheriff.
Sheriff to house defendant at RPDC pending
completion of trial.
Defendant to be dressed out for trial.
Minute Order printed to Robert Presley Detention
Center.
 **MINUTE ORDER OF COURT PROCEEDING**
 **MINUTE ORDER OF COURT PROCEEDING**
 -------------------------
2/22/08 32   Hearing on Motion Re: any motion in limine        Dispo
             Honorable Judge W. Charles Morgan Presiding.
             Courtroom Assistant: G. Gurrola

```
OTSCASPRT       Superior Court of California, County of Riverside
  6/29/10                        CASE PRINT                       Page:    21
                      www.riverside.courts.ca.gov          RC
------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                   DEFENDANT STATUS: Closed
ARREST NBR :    129919A                     ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                     Defn :  3 of    3
==============================================================================
```

Court Reporter: C. McCutchen.
People represented by Deputy District Attorney:
J.Aki.
Defendant Represented By D.Huish.
Defendant Present.
Motion in limine re: statements by Caldera be
inadmissible called for hearing.
Argument by Counsel.
Court's ruling as stated on the record.
Defense objects.
Motion By Defense Regarding D.A. hand over the
original video tape is called for hearing.
Motion Granted
The Court asks Mr.Aki to obtain the original
video tape from the evidence locker and lodge
it with the Court.
Court and Counsel Confer regarding: possible
witnesses
Court has read and considered Court Exhibit
#3-Caldera jail wiretap.
Motion By Defense Regarding the whole tape be
played is called for hearing.
Motion Denied.
Motion By Defense Regarding certain segments of
the tape be played is called for hearing.
Argument by Defense.
Court's Exhibit 4-Caldera jail
wiretap-Pvt-Huish's request Marked for
Identification.
The Court will review Court exhibit 4 to
determine which portions of the tape that
will be played.
Court and Counsel Confer regarding: Caldera being
a possible witness in Sariana case
Jury Trial in Progress is adjourned to 02/25/2008
at  9:00 in Department 32.
Court orders defendant to be present at next
hearing date.
All parties notified.
Bail To Remain as fixed.
Remains remanded to custody of Riverside Sheriff.
Sheriff to house defendant at RPDC pending
completion of trial.
Defendant to be dressed out for trial.
Minute Order printed to Robert Presley Detention

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                           Page:    22
                        www.riverside.courts.ca.gov              RC
-----------------------------------------------------------------------------
CASE NUMBER:     RIF129919                   DEFENDANT STATUS: Closed
ARREST NBR :     129919A                     ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                  Defn :  3 of    3
=============================================================================
                 Center.
                 **MINUTE ORDER OF COURT PROCEEDING**
                 ------------------------
 2/21/08 32      Jury Trial In-Progress                          Dispo
                 Honorable Judge W. Charles Morgan Presiding.
                 Courtroom Assistant: G. Gurrola
                 Court Reporter: C. McCutchen.
                 People represented by Deputy District Attorney:
                 J.Aki.
                 Defendant Represented By D.Huish.
                 13th Day of Trial
                 People's Exhibit 90-Photo of phone # on rolodex
                 is/are Marked for identification only.
                 Defendant's Exhibit E-Volunteer Program Form
                 (Nicolas) is/are marked for identification only.
                 Motion in limine re: impeachments/priors called
                 for hearing.
                 Court's ruling as stated on the record.
                 At  9:06, the following proceedings were held:
                 Members of the Jury and Alternate(s) of the "RED
                 JURY ONLY" are present
                 In the Presence Of the Jury, the following
                 proceedings were held: trial resumes
                 People's witness Annette Caldera, previously
                 sworn, resumes the witness stand.
                 All Jurors Are Directed to return after the
                 morning recess.
                 Court in recess.
                 Out of the Presence Of the Jury, the following
                 proceedings were held: (10:53am)
                 Court and Counsel Confer regarding: Ms.Caldera
                 listen to statement she made to husband
                 At 10:54, the following proceedings were held:
                 Members of the Jury and Alternate(s) of the "RED
                 JURY ONLY" are present
                 In the Presence Of the Jury, the following
                 proceedings were held: trial resumes
                 People's witness Annette Caldera, previously
                 sworn, resumes the witness stand.
                 All Jurors Are Directed to return @ 13:40pm.
                 Court in recess.
                 Out of the Presence Of the Jury, the following
                 proceedings were held: (13:31pm)
                 Court and Counsel Confer regarding: playing
                 portions of tapes
```

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                         CASE PRINT                          Page:    23
                         www.riverside.courts.ca.gov              RC
--------------------------------------------------------------------------------
CASE NUMBER:     RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :     129919A                    ARREST DATE ....: 8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                      Defn :  3 of   3
================================================================================
```

At 13:44, the following proceedings were held:
Members of the Jury and Alternate(s) of the "RED JURY ONLY" are present
In the Presence Of the Jury, the following proceedings were held: trial resumes
People's witness Annette Caldera, previously sworn, resumes the witness stand.
Witness Annette Caldera Excused; Subject to recall.
All Jurors Are Directed to return after the afternoon break.
Court in recess.
Out of the Presence Of the Jury, the following proceedings were held: (14:51pm)
Court and Counsel Confer regarding: interview of Ms.Caldera
At 15:00, the following proceedings were held:
Members of the Jury and Alternate(s) of the "RED JURY ONLY" are present
In the Presence Of the Jury, the following proceedings were held: trial resumes
People's Witness, Kelly Leon is Sworn and testifies.
Witness Kelly Leon excused.
Jurors Are Admonished and directed to return on 01/25/2008 at  9:00.
Court and Counsel Confer regarding: scheduling
Counsel asked to return tomorrow at 1:30pm.
Blue Jurors are to be contacted and asked to return on 1-25-08 @ 13:30pm instead of 9:00am.
Motion for any motion in limine is set on 02/22/2008 at 13:30 in Department 32.
Court orders defendant to be present at next hearing date.
All parties notified.
Court's Exhibit 3-Caldera wire tap 11-30-05 transcript Marked for Identification.
Bail To Remain as fixed.
Remains remanded to custody of Riverside Sheriff.
Sheriff to house defendant at RPDC pending completion of trial.
Defendant to be dressed out for trial.
Minute Order printed to Robert Presley Detention

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                       CASE PRINT                         Page:    24
                      www.riverside.courts.ca.gov         RC
-------------------------------------------------------------------------------
CASE NUMBER:    RIF129919              DEFENDANT STATUS: Closed
ARREST NBR :    129919A                ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                   Defn :  3 of    3
===============================================================================
                Center.
                **MINUTE ORDER OF COURT PROCEEDING**
                -------------------------
 2/20/08        Order Re: Requiring witness to answer questions -
                Filed
                -------------------------
                Filed: Petition & Request for Order/Witness answer
                -------------------------
      32        Jury Trial In-Progress                        Dispo
                Honorable Judge W. Charles Morgan Presiding.
                Courtroom Assistant: G. Gurrola
                Court Reporter: C. McCutchen.
                People represented by Deputy District Attorney:
                J.Aki.
                Defendant Represented By D.Huish.
                Defendant Present.
                12th Day of Trial
                People's Exhibit 85-Nicolas interview
                transcript-Tape2 (RED JURY)   is/are Marked for
                identification only.
                People's Exhibit 85A-Cassette tape2 Nicolas
                interview-SideA (REDJUR is/are Marked for
                identification only.
                People's Exhibit 85B-Cassette tape2 Nicolas
                interview-SideB (RED)   is/are Marked for
                identification only.
                People's Exhibit 86-Nicolas interview
                transcript/Tape 3 (RED JURY)   is/are Marked for
                identification only.
                People's Exhibit 86A-Cassette tape #3 Nicolas
                interview (RED JURY)   is/are Marked for
                identification only.
                Court's Exhibit 2-Unredacted cassette tape of
                interview w/Nicolas  Marked for Identification.
                At  9:18, the following proceedings were held:
                Members of the Jury and Alternate(s) of both the
                "RED JURY ONLY" are present
                In the Presence Of the Jury, the following
                proceedings were held: trial resumes
                People's witness Jim Brandt, previously sworn,
                resumes the witness stand.
                Exhibit 85A is played for the Jury.
                Exhibit 86A is played for the Jury.
                All Jurors Are Directed to return after a ten
                minute recess.
```

**Diamond Declaration, Exhibit B
Page 32**

```
OTSCASPRT       Superior Court of California, County of Riverside
 6/29/10                      CASE PRINT                        Page:    25
                        www.riverside.courts.ca.gov          RC
-------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                 DEFENDANT STATUS: Closed
ARREST NBR :    129919A                   ARREST DATE ....: 8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA               Defn :  3 of   3
===============================================================================
```

          Court in recess.
At 10:19, the following proceedings were held:
Members of the Jury and Alternate(s) of the "RED JURY" are present
In the Presence Of the Jury, the following proceedings were held: trial resumes
People's witness Jim Brandt, previously sworn, resumes the witness stand.
Exhibit 85B is played for the Jury.
All Jurors Are Directed to step outside of the courtroom briefly.
Court in recess.
People's Exhibit 87-Photo of grey Tacoma truck is/are Marked for identification only.
At 10:54, the following proceedings were held:
Members of the Jury and Alternate(s) of both the "RED" & "BLUE" Jurys are present
In the Presence Of the Jury, the following proceedings were held: trial resumes
People's witness Jim Brandt, previously sworn, resumes the witness stand.
Witness Jim Brandt Excused; Subject to recall.
People's Witness, Donald Roberts is Sworn and testifies.
Witness Donald Roberts excused.
People's Witness, Alexander Tagaro is Sworn and testifies.
Witness Alexander Tagaro excused.
All Jurors Are Directed to return @ 13:30pm.
Court in recess.
At 13:34, the following proceedings were held:
Members of the Jury and Alternate(s) of both the "RED" & "BLUE" Jurys are present
In the Presence Of the Jury, the following proceedings were held: trial resumes
People's Witness, Josephine Bracamontez is Sworn and testifies.
Witness Josephine Bracamontez Excused; Subject to recall.
All "RED" Jurors Are Directed to return after a 10-minute recess.
Court in recess.
At 14:31, the following proceedings were held:
Members of the Jury and Alternate(s) of the "RED JURY ONLY" are present

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                          CASE PRINT                               Page:     26
                            www.riverside.courts.ca.gov          RC
-----------------------------------------------------------------------------
CASE NUMBER:     RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :     129919A                      ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                     Defn :  3 of    3
=============================================================================
```

In the Presence Of the Jury, the following
proceedings were held: trial resumes
People's Exhibit 88-Newspaper article dated
11-24-05 is/are Marked for identification only.
People's Exhibit 89-Inland News article (FULL
TEXT) is/are Marked for identification only.
Defendant's Exhibit D-Copy of an email is/are
marked for identification only.
People's Witness, Christian Lee Vaughn is Sworn
and testifies.
Witness Christian Lee Vaughn Excused; Subject to
recall.
People's Witness, Annette Elizabeth Caldera is
Sworn and testifies.
Jurors Are Admonished and directed to return on
02/21/2008 at  9:00.
Court and Counsel Confer regarding: cross
examination
Jury Trial in Progress is adjourned to 02/21/2008
at  9:00 in Department 32.
Court orders defendant to be present at next
hearing date.
All parties notified.
Bail To Remain as fixed.
Remains remanded to custody of Riverside Sheriff.
Sheriff to house defendant at RPDC pending
completion of trial.
Minute Order printed to Robert Presley Detention
Center.
  **MINUTE ORDER OF COURT PROCEEDING**
  -------------------------

2/19/08      Jury Request/Question Filed.
             -------------------------

    32       Jury Trial In-Progress                      Dispo
             Honorable Judge W. Charles Morgan Presiding.
             Courtroom Assistant: G. Gurrola
             Court Reporter: C. McCutchen.
             People represented by Deputy District Attorney:
             J.Aki.
             Defendant Represented By D.Huish.
             Defendant Present.
             11th Day of Trial
             Juror #1 (RED) proferred a note from a Kaiser
             Permanente Doctor stating reasons she should be
             excused from Jury Duty.

**Diamond Declaration, Exhibit B**
**Page 34**

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                           Page:     27
                        www.riverside.courts.ca.gov              RC
-----------------------------------------------------------------------------
CASE NUMBER:    RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :    129919A                    ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                        Defn :  3 of    3
=============================================================================
```

Court brings into the courtroom the four alternate
jurors and admonishes them.
Four Alternates leave the courtroom.
Counsel Stipulate: Alternate #3 replace Juror #1..
Juror #1 Is Excused by the Court.
At   9:07, the following proceedings were held:
Alternate Juror #3 is selected to replace Juror
#1.
Members of the Jury and Alternate(s) of both the
"RED" and "BLUE" Jurys are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
People's witness Jim Brandt, previously sworn,
resumes the witness stand.
The Court continues to listen to Exhibit 80B.
Exhibit 80C is played for the Jurys.
Exhibit 81A is played for the Jurys.
Exhibit 82A is played for the Jurys.
All Jurors Are Directed to return after the
morning recess @ 10:50am.
Court in recess.
People's Exhibit 84-Transcript of Interview
w/Nicolas is/are Marked for identification only.
People's Exhibit 84A-84C: Cassette tapes of
interview w/Nicolas is/are Marked for
identification only.
Out of the Presence Of the Jury, the following
proceedings were held: (10:52am)
Court and Counsel Confer regarding: Statements by
Mr.Bazzo be excluded
At 10:58, the following proceedings were held:
Members of the Jury and Alternate(s) of both the
"RED" & "BLUE" Jurys are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
People's witness Jim Brandt, previously sworn,
resumes the witness stand.
Witness Jim Brandt Excused; Subject to recall.
People's Witness, Glenn Robert Mehner is Sworn
and testifies.
Witness Glenn Robert Mehner excused.
People's witness Jim Brandt, previously sworn,
resumes the witness stand.
All Jurors Are Directed to return after the lunch
recess.

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                              Page:    28
                          www.riverside.courts.ca.gov             RC
-------------------------------------------------------------------------------
CASE NUMBER:     RIF129919               DEFENDANT STATUS: Closed
ARREST NBR :     129919A                 ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                   Defn :  3 of    3
===============================================================================
```

                    Out of the Presence Of the Jury, the following
                    proceedings were held: (11:44am)
                    Court and Counsel Confer regarding: redacted
                    transcript has not been viewed by Counsel
                    Court in recess.
                    Out of the Presence Of the Jury, the following
                    proceedings were held: (13:26pm)
                    Court and Counsel Confer regarding: reviewing the
                    transcript
                    At 13:40, the following proceedings were held:
                    Members of the Jury and Alternate(s) of both the
                    "RED" & "BLUE" Jurys are present
                    In the Presence Of the Jury, the following
                    proceedings were held: trial resumes
                    People's Witness, Kathryn Cammack (taken out of
                    order) is Sworn and testifies.
                    Witness Kathryn Cammack excused.
                    People's Witness, Srgt. Marco Quesada is Sworn
                    and testifies.
                    Witness Marco Quesada excused.
                    People's witness Jim Brandt, previously sworn,
                    resumes the witness stand.
                    Exhibit 84A and 84B are played for the Jurys.
                    All Jurors Are Directed to return after the
                    recess @ 15:20pm.
                    Court in recess.
                    At 15:20, the following proceedings were held:
                    Members of the Jury and Alternate(s) of both the
                    "RED" & "BLUE" Jurys are present
                    In the Presence Of the Jury, the following
                    proceedings were held: trial resumes
                    People's witness Jim Brandt, previously sworn,
                    resumes the witness stand.
                    Exhibit 84B continues to play for the Jurys.
                    Exhibit 84C played for the Jurys.
                    Jurors Are Admonished and directed to return on
                    02/20/2008 at  9:00.
                    Jury Trial in Progress is adjourned to 02/20/2008
                    at  9:00 in Department 32.
                    Court orders defendant to be present at next
                    hearing date.
                    All parties notified.
                    Bail To Remain as fixed.
                    Remains remanded to custody of Riverside Sheriff.
                    Sheriff to house defendant at RPDC pending

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                          Page:    29
                        www.riverside.courts.ca.gov        RC
--------------------------------------------------------------------------------
CASE NUMBER:     RIF129919                DEFENDANT STATUS: Closed
ARREST NBR :     129919A                  ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                   Defn :   3 of    3
================================================================================
```

completion of trial.
Minute Order printed to Robert Presley Detention
Center.
   **MINUTE ORDER OF COURT PROCEEDING**
------------------------

2/13/08 32   Jury Trial In-Progress          Dispo
Honorable Judge W. Charles Morgan Presiding.
Courtroom Assistant: G. Gurrola
Court Reporter: C. McCutchen.
People represented by Deputy District Attorney:
J.Aki.
Defendant Represented By D.Huish.
Defendant Present.
People's Exhibit 81-Transcript of phone messages
is/are Marked for identification only.
People's Exhibit 81A-Cassette tape of phone
messages is/are Marked for identification only.
People's Exhibit 82-Transcript of interview
w/F.Bazzo is/are Marked for identification only.
People's Exhibit 82A-Cassette tape of interview
w/F.Bazzo is/are Marked for identification only.
People's Exhibit 82B-Cassette tape of interview
w/F.Bazzo is/are Marked for identification only.
Out of the Presence Of the Jury, the following
proceedings were held: (9:11am)
Court and Counsel Confer regarding: Juror #1 from
the "RED" Jury panel.
Juror #1 from the "RED" Jury contacted the Court
via phone that she has had an injury and
unable to attend proceedings today.
All Counsel are in agreement that the trial
will conclude within the estimated completion
date previously set.
At   9:46, the following proceedings were held:
Members of the Jury and Alternate(s) of the
"RED"&"BLUE" Jurys (except for Juror#1 RED)
present
The Court explains the reason for not
proceeding with the trial today.
Jurors Are Admonished and directed to return on
02/19/2008 at   9:00.
Juror #1 (RED) is contacted via phone.
*************************************************
The Following proceedings are outside the
presence of ALL Jurors:

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                          CASE PRINT                          Page:    30
                          www.riverside.courts.ca.gov               RC
-------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :    129919A                    ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :   3 of    3
===============================================================================
            ***********************************************************
            Motion in limine re: statements by Bazzo be
            excluded called for hearing.
            Counsel would like the Judge to read the
            transcript (People's #82).
            ***********************************************************
            Confidential Informant Policy:
            Neil Okazaki-City Attorney present in Court.
            Captain M.Blakely present in Court.
            Srgt. A.Flores present in Court.
            Objection made by the City Atty.
            Court's ruling as stated on the record.
            Court takes a brief recess to review the
            transcript (People's #82).
            At  9:52, the following proceedings were held:
            Court has read and considered the transcript
            (People's #82).
            Court's ruling as stated on the record.
            Court has read and considered the transcript
            (People's #81).
            Motion in limine re: phone messages be excluded
            called for hearing.
            Court's ruling as stated on the record.
            Court and Counsel Confer regarding: 800 phone
            calls
            Court and Counsel Confer regarding: Mr.Mehner's
            report
            People's Exhibit 83-Transcript of interview
            w/F.Bazzo (transcript2) is/are Marked for
            identification only.
            Jury Trial in Progress is adjourned to 02/19/2008
            at  9:00 in Department 32.
            Court orders defendant to be present at next
            hearing date.
            All parties notified.
            Bail To Remain as fixed.
            Remains remanded to custody of Riverside Sheriff.
            Sheriff to house defendant at RPDC pending
            completion of trial.
            Defendant to be dressed out for trial.
            Minute Order printed to Robert Presley Detention
            Center.
            Witness RENEICE LANG (Incustody) ordered to
            return on 02/27/2008 at  9:00 in Dept 32.
            Witness ANGELA BUSTAMONTE (Incustody) ordered to
```

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                          Page:     31
                        www.riverside.courts.ca.gov          RC
-----------------------------------------------------------------------------
CASE NUMBER:     RIF129919                 DEFENDANT STATUS: Closed
ARREST NBR :     129919A                   ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                   Defn :  3 of    3
=============================================================================
                  return on 02/27/2008 at  9:00 in Dept 32.
                  Minute Order printed to Robert Presley Detention
                  Center.
                   **MINUTE ORDER OF COURT PROCEEDING**
                   **MINUTE ORDER OF COURT PROCEEDING**
                   ------------------------
  2/07/08 32     Jury Trial In-Progress                    Dispo
                  Honorable Judge W. Charles Morgan Presiding.
                  Courtroom Assistant: G. Gurrola
                  Court Reporter: C. McCutchen.
                  People represented by Deputy District Attorney:
                  J.Aki.
                  Defendant Represented By D.Huish.
                  Defendant Present.
                  10th Day of Trial
                  People's Exhibit 79-911 Transcript is/are Marked
                  for identification only.
                  At  9:17, the following proceedings were held:
                  Members of the Jury and Alternate(s) of both the
                  "RED" and "BLUE" Jurys are present
                  People's Witness, Troy Wyatt is Sworn and
                  testifies.
                  Witness Troy Wyatt excused.
                  People's Witness, James Wilkerson is Sworn and
                  testifies.
                  Witness James Wilkerson excused.
                  People's Witness, Steve Powell is Sworn and
                  testifies.
                  Witness Steve Powell excused.
                  Jury Panel admonished.
                  All Jurors Are Directed to return @ 13:30pm.
                  Court in recess.
                  At 13:31, the following proceedings were held:
                  Members of the Jury and Alternate(s) of both the
                  "RED" and "BLUE" Jurys are present
                  In the Presence Of the Jury, the following
                  proceedings were held: trial resumes
                  People's Witness, Keith Foster is Sworn and
                  testifies.
                  Witness Keith Foster excused.
                  People's Witness, Moe Ayach is Sworn and
                  testifies.
                  Witness Moe Ayach excused.
                  People's witness Detective Jim Brandt, previously
                  sworn, resumes the witness stand.
```

```
OTSCASPRT      Superior Court of California, County of Riverside
6/29/10                        CASE PRINT                        Page:    32
                        www.riverside.courts.ca.gov              RC
------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                 DEFENDANT STATUS: Closed
ARREST NBR :    129919A                   ARREST DATE ....: 8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                  Defn :  3 of    3
==============================================================================
                 Jury Panel admonished.
                 All Jurors Are Directed to return after the
                 afternoon break @ 14:36pm.
                 Court in recess.
                 Out of the Presence Of the Jury, the following
                 proceedings were held: (14:35pm)
                 Court and Counsel Confer regarding: Ms.Meer
                 (witness) confronting the Jurors
                 Ms.Meer brought into the courtroom and
                 admonished by the Judge.
                 People's Exhibit 80-Transcript of interview
                 w/J.Olivarez is/are Marked for identification
                 only.
                 People's Exhibit 80A-Cassette tape (1 of
                 5)interview w/J.Olivarez   is/are Marked for
                 identification only.
                 People's Exhibit 80B-Cassette tape (2 of 5)
                 interview w/J.Olivarez  is/are Marked for
                 identification only.
                 People's Exhibit 80C-Cassette tape (3 of
                 5)interview w/J.Olivarez   is/are Marked for
                 identification only.
                 People's Exhibit 80D-Cassette tape (4 of
                 5)interview w/J.Olivarez   is/are Marked for
                 identification only.
                 People's Exhibit 80E-Cassette tape (5 of
                 5)interview w/J.Olivarez   is/are Marked for
                 identification only.
                 At 14:39, the following proceedings were held:
                 Members of the Jury and Alternate(s) of both the
                 "RED" and "BLUE" Jurys are present
                 In the Presence Of the Jury, the following
                 proceedings were held: trial resumes
                 People's witness Jim Brandt, previously sworn,
                 resumes the witness stand.
                 Counsel Stipulate: Court Reporter need not
                 transcribe audio tapes.
                 Transcript distributed to the Jurors.
                 Audio tape (exh: 80A) played for the Jurys.
                 Audio tape (exh: 80B) played for the Jurys.
                 Jurors Are Admonished and directed to return on
                 02/13/2008 at  9:00.
                 Jury Trial in Progress is adjourned to 02/13/2008
                 at  9:00 in Department 32.
                 Court orders defendant to be present at next
```

```
OTSCASPRT      Superior Court of California, County of Riverside
  6/29/10                         CASE PRINT                         Page:     33
                         www.riverside.courts.ca.gov           RC
--------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :    129919A                    ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                      Defn :  3 of    3
================================================================================
```

                         hearing date.
                         All parties notified.
                         Bail To Remain as fixed.
                         Remains remanded to custody of Riverside Sheriff.
                         Sheriff to house defendant at RPDC pending
                         completion of trial.
                         Defendant to be dressed out for trial.
                         Minute Order printed to Robert Presley Detention
                         Center.
                          **MINUTE ORDER OF COURT PROCEEDING**
                         ------------------------
2/06/08 32       Jury Trial In-Progress                      Dispo
                 Honorable Judge W. Charles Morgan Presiding.
                 Courtroom Assistant: G. Gurrola
                 Court Reporter: C. McCutchen.
                 People represented by Deputy District Attorney:
                 J.Aki.
                 Defendant Represented By D.Huish.
                 9th Day of Trial
                 Out of the Presence Of the Jury, the following
                 proceedings were held: (9:00am)
                 Court and Counsel Confer regarding: expert
                 witness be excluded as to Deft
                 Court and Counsel Confer regarding: report by
                 Mr.Mehner
                 At  9:17, the following proceedings were held:
                 Members of the Jury and Alternate(s) of both the
                 "RED" and "BLUE" Jurys are present
                 In the Presence Of the Jury, the following
                 proceedings were held: trial resumes
                 Interpreter Karmele Landaribar-Arzaga is Present
                 and Sworn to interpret Spanish/English for
                 C.Saldana. Sworn oath on file.
                 People's witness Carmen Saldana, previously
                 sworn, resumes the witness stand.
                 Witness Carmen Saldana Excused; Subject to recall.
                 Interpreter Karmele Landaribar-Arzaga is Present
                 and Sworn to interpret Spanish/English for G.Yng

                 Sworn oath on file.
                 People's Witness, Gladys Ynga Meza is Sworn and
                 testifies.
                 Jury Panel admonished.
                 All Jurors Are Directed to return after the
                 morning recess @ 10:55am.

**Diamond Declaration, Exhibit B**
**Page 41**

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                       CASE PRINT                           Page:    34
                      www.riverside.courts.ca.gov          RC
----------------------------------------------------------------------------
CASE NUMBER:     RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :     129919A                    ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                   Defn :  3 of    3
============================================================================
               Court in recess.
               At 11:00, the following proceedings were held:
               Members of the Jury and Alternate(s) of both the
               "RED" and "BLUE" Jurys are present
               In the Presence Of the Jury, the following
               proceedings were held: trial resumes
               People's witness Gladys Ynga Meza, previously
               sworn, resumes the witness stand.
               Witness Gladys Ynga Meza Excused; Subject to
               recall.
               Jury Panel admonished.
               All Jurors Are Directed to return after the lunch
               recess @ 13:30pm.
               Court in recess.
               People's Exhibit 53-T-Mobile Records of F.Bazzo
               is/are Marked for identification only.
               People's Exhibit 54-T-Mobile Records of
               J.Olivarez is/are Marked for identification only.
               People's Exhibit 55-T-Mobile Records of E.Nicolas
               is/are Marked for identification only.
               People's Exhibit 69-Poster board/Map of Riverside
               is/are Marked for identification only.
               People's Exhibit 70-Poster board Chapel St.
               towers is/are Marked for identification only.
               People's Exhibit 71-Large Diagram is/are Marked
               for identification only.
               People's Exhibit 72-8X10 sheet of Paper
               containing "Cell Phone #'s" is/are Marked for
               identification only.
               At 13:37, the following proceedings were held:
               Members of the Jury and Alternate(s) of both the
               "RED" and "BLUE" Jurys are present
               In the Presence Of the Jury, the following
               proceedings were held: trial resumes
               People's Witness, Susan Johnson is Sworn and
               testifies.
               Jury Panel admonished.
               All Jurors Are Directed to return after the
               afternoon break.
               Court in recess.
               People's Exhibit 73-Poster board of Chapel St.
               is/are Marked for identification only.
               People's Exhibit 74-Poster board of Van Buren
               is/are Marked for identification only.
               People's Exhibit 75-Poster board of 6th St.
```

```
OTSCASPRT       Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                          Page:    35
                         www.riverside.courts.ca.gov          RC
-------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :    129919A                      ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :  3 of    3
===============================================================================
```

is/are Marked for identification only.
People's Exhibit 76-cell cite addresses is/are
Marked for identification only.
People's Exhibit 77-Call Chart-Bazzo is/are
Marked for identification only.
People's Exhibit 78-Call Chart: Olivarez is/are
Marked for identification only.
At 15:06, the following proceedings were held:
Members of the Jury and Alternate(s) of both the
"RED" and "BLUE" Jurys are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
People's witness Susan Johnson, previously sworn,
resumes the witness stand.
Defendant's Exhibit C-T-Mobile documentation
is/are marked for identification only.
Witness Susan Merrill excused.
People's Witness, Gilbert Merrill is Sworn and
testifies.
Witness Gilbert Merrill Excused; Subject to
recall.
Jurors Are Admonished and directed to return on
02/07/2008 at  9:00.
Jury Trial in Progress is adjourned to 02/07/2008
at  9:00 in Department 32.
Court orders defendant to be present at next
hearing date.
All parties notified.
Bail To Remain as fixed.
Remains remanded to custody of Riverside Sheriff.
Sheriff to house defendant at RPDC pending
completion of trial.
Defendant to be dressed out for trial.
Minute Order printed to Robert Presley Detention
Center.
 **MINUTE ORDER OF COURT PROCEEDING**
 ------------------------
2/05/08 32    Jury Trial In-Progress                          Dispo
              Honorable Judge W. Charles Morgan Presiding.
              Courtroom Assistant: G. Gurrola
              Court Reporter: C. McCutchen.
              People represented by Deputy District Attorney:
              J.Aki.
              Defendant Represented By D.Huish.
              Defendant Present.

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                           Page:    36
                        www.riverside.courts.ca.gov          RC
-------------------------------------------------------------------------------
CASE NUMBER:     RIF129919                 DEFENDANT STATUS: Closed
ARREST NBR :     129919A                   ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                 Defn :  3 of    3
===============================================================================
```

8th Day of Trial
At  9:06, the following proceedings were held:
Members of the Jury and Alternate(s) of both the
"RED" and "BLUE" Jurys are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
People's Witness, Dr.Mark Scott McCormick is
Sworn and testifies.
Witness Mark Scott McCormick excused.
People's Witness, Mark Scott Roberts is Sworn and
testifies.
Witness Mark Scott Roberts Excused; Subject to
recall.
Jury Panel admonished.
All Jurors Are Directed to return after the
morning recess @ 10:45am.
Court in recess.
At 10:50, the following proceedings were held:
Members of the Jury and Alternate(s) of both the
"RED" and "BLUE" Jurys are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
People's Witness, Juliet Nicolas Meer is Sworn
and testifies.
Jury Panel admonished.
All Jurors Are Directed to return after the lunch
recess @ 13:30pm.
Counsel asked to return @ 13:25pm.
Court in recess.
Out of the Presence Of the Jury, the following
proceedings were held: (13:28pm)
Court and Counsel Confer regarding: continuing
objection re:Gladys & Meza/Crawford
At  1:33, the following proceedings were held:
Members of the Jury and Alternate(s) of both the
"RED" and "BLUE" Jurys are present
In the Presence Of the Jury, the following
proceedings were held: trial resumes
People's witness Juliet Nicolas Meer, previously
sworn, resumes the witness stand.
Jury Panel admonished.
All Jurors Are Directed to return after the
afternoon break @ 15:08pm.
Court in recess.
Out of the Presence Of the Jury, the following

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                           Page:    37
                        www.riverside.courts.ca.gov               RC
--------------------------------------------------------------------------
CASE NUMBER:     RIF129919              DEFENDANT STATUS: Closed
ARREST NBR :     129919A                ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                  Defn :  3 of   3
==========================================================================
```

                         proceedings were held: (15:13pm)
                         Court and Counsel Confer regarding: admonishing
                         the Jurors about expressing opinions
                         At 15:17, the following proceedings were held:
                         Members of the Jury and Alternate(s) of both the
                         "RED" and "BLUE" Jurys are present
                         In the Presence Of the Jury, the following
                         proceedings were held: trial resumes
                         People's witness Juliet Nicolas Meer, previously
                         sworn, resumes the witness stand.
                         Witness Juliet Nicolas Meer Excused; Subject to
                         recall.
                         Interpreter Karmele Landaribar-Arzaga is Present
                         and Sworn to interpret Spanish/English for
                         C.Saldana. Sworn oath on file.
                         People's Witness, Carmen Saldana is Sworn and
                         testifies.
                         Jurors Are Admonished and directed to return on
                         02/06/2008 at  9:00.
                         Jury Trial in Progress is adjourned to 02/06/2008
                         at  9:00 in Department 32.
                         Court orders defendant to be present at next
                         hearing date.
                         All parties notified.
                         Bail To Remain as fixed.
                         Remains remanded to custody of Riverside Sheriff.
                         Sheriff to house defendant at RPDC pending
                         completion of trial.
                         Defendant to be dressed out for trial.
                         Minute Order printed to Robert Presley Detention
                         Center.
                          **MINUTE ORDER OF COURT PROCEEDING**
                          ------------------------
2/04/08 32     Jury Trial In-Progress                          Dispo
               Honorable Judge W. Charles Morgan Presiding.
               Courtroom Assistant: G. Gurrola
               Court Reporter: C. McCutchen.
               People represented by Deputy District Attorney:
               J.Aki.
               Defendant Represented By D.Huish.
               Defendant Present.
               7th Day of Trial
               People's Exhibit 4-Video of Public Utilities
               Bldg. is/are Marked for identification only.
               People's Exhibit 9A-Photo of the corner of 5th &

```
OTSCASPRT       Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT
                       www.riverside.courts.ca.gov              RC        Page:    38
------------------------------------------------------------------------------
CASE NUMBER:     RIF129919                 DEFENDANT STATUS: Closed
ARREST NBR :     129919A                   ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :  3 of   3
==============================================================================
```

Orange is/are Marked for identification only.
People's Exhibit 9B-Photo of back door to PUB
is/are Marked for identification only.
People's Exhibit 9C-Photo of 5th Street-PUB
is/are Marked for identification only.
People's Exhibit 9D-Close up photo of back door
is/are Marked for identification only.
People's Exhibit 9E-Photo of view from back door
is/are Marked for identification only.
People's Exhibit 9F-Photo of camera still back
door is/are Marked for identification only.
At  9:08, the following proceedings were held:
Members and Alternates of the "RED" & "BLUE"
Jurys present in Court.
In the Presence Of the Jury, the following
proceedings were held: trial resumes
People's Witness, Lea Petersen is Sworn and
testifies.
Witness Lea Petersen Excused; Subject to recall.
People's Witness, Rosalie Vasquez is Sworn and
testifies.
Witness Rosalie Vasquez excused.
People's Witness, Brian Swney is Sworn and
testifies.
Jury Panel admonished.
All Jurors Are Directed to return after the
morning recess @ 10:43am.
Court in recess.
At 10:47, the following proceedings were held:
Members and Alternates of the "RED" & "BLUE"
Jurys present in Court.
In the Presence Of the Jury, the following
proceedings were held: trial resumes
People's witness Brian Swney, previously sworn,
resumes the witness stand.
Witness Brian Swney Excused; Subject to recall.
People's Witness, Detective-James Brandt is Sworn
and testifies.
Witness James Brandt Excused; Subject to recall.
Jury Panel admonished.
All Jurors Are Directed to return after the lunch
recess @ 13:30pm.
Court in recess.
Out of the Presence Of the Jury, the following
proceedings were held: (13:31pm)

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                          Page:     39
                        www.riverside.courts.ca.gov              RC
-----------------------------------------------------------------------------
CASE NUMBER:    RIF129919                      DEFENDANT STATUS: Closed
ARREST NBR :    129919A                        ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :  3 of    3
=============================================================================
```

Juror #4 from the "BLUE" Jury has preferred
a note to the Court asking to speak to the
Judge re: testimony given in the morning.
Juror #4 (BLUE JURY) brought into the courtroom
and addresses the Court.
At 13:35, the following proceedings were held:
Members and Alternates of the "RED" & "BLUE"
Jurys present in Court.
In the Presence Of the Jury, the following
proceedings were held: trial resumes
People's Witness, Sandra Christensen is Sworn and
testifies.
Witness Sandra Christensen excused.
People's Witness, Tim Ellis is Sworn and
testifies.
Witness Tim Ellis Excused; Subject to recall.
Jurors Are Admonished and directed to return on
02/05/2008 at  9:00.
Jury Trial in Progress is adjourned to 02/05/2008
at  9:00 in Department 32.
Court orders defendant to be present at next
hearing date.
All parties notified.
Bail To Remain as fixed.
Remains remanded to custody of Riverside Sheriff.
Sheriff to house defendant at RPDC pending
completion of trial.
Defendant to be dressed out for trial.
Minute Order printed to Robert Presley Detention
Center.
**MINUTE ORDER OF COURT PROCEEDING**
-------------------------

1/31/08 32   Jury Trial In-Progress                       Dispo
             Honorable Judge W. Charles Morgan Presiding.
             Courtroom Assistant: G. Gurrola
             Court Reporter: C. McCutchen.
             People represented by Deputy District Attorney:
             J.Aki.
             Defendant Represented By D.Huish.
             Defendant Present.
             6th Day of Trial
             People's Exhibit 1-Notice of Entry of Judgment
             is/are Marked for identification only.
             People's Exhibit 2-Forensic Accounting-Mehner
             is/are Marked for identification only.

OTSCASPRT          Superior Court of California, County of Riverside
6/29/10                          CASE PRINT                              Page:      40
                          www.riverside.courts.ca.gov                    RC

--------------------------------------------------------------------------------

```
CASE NUMBER:    RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :    129919A                      ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                     Defn :  3 of    3
```

================================================================================

People's Exhibit 3-Mostafa Shirazi Trust is/are
Marked for identification only.
People's Exhibit 5-Photo of 5th Street is/are
Marked for identification only.
People's Exhibit 6-Photo of curb where victim was
treated is/are Marked for identification only.
People's Exhibit 7-Photo of victim's truck at PUB
is/are Marked for identification only.
People's Exhibit 8-Photo of green Kia on 5th
Street is/are Marked for identification only.
People's Exhibit 9-Photo of PUB Alcoves on 5th
Street is/are Marked for identification only.
People's Exhibit 10-Diagram of crime scene is/are
Marked for identification only.
People's Exhibit 11-Composite drawing is/are
Marked for identification only.
People's Exhibit 12-Photo of CDL of Olivarez
is/are Marked for identification only.
People's Exhibit 13-Photo of Bank surveillance
(Olivarez) is/are Marked for identification only.
People's Exhibit 14-Photo of 6-pack line up-John
Olivarez is/are Marked for identification only.
People's Exhibit 15-Photo of 6-pack line up-Joe
Olivarez is/are Marked for identification only.
People's Exhibit 16-Photo of cell phone & watch
is/are Marked for identification only.
People's Exhibit 17-Photo of victim's jewelry
is/are Marked for identification only.
People's Exhibit 18-Photo of door panel w/wallet
is/are Marked for identification only.
People's Exhibit 19-Photo of contents of wallet
is/are Marked for identification only.
People's Exhibit 20-Photo of center console
w/money is/are Marked for identification only.
People's Exhibit 21-Photo of money from console
is/are Marked for identification only.
People's Exhibit 22-Photo of coin money from
truck is/are Marked for identification only.
People's Exhibit 23-Photo of autopsy (face view
w/hair) is/are Marked for identification only.
People's Exhibit 24-Photo of autopsy (face view
w/out hair) is/are Marked for identification
only.
People's Exhibit 25-Photo of autopsy (GSW to
back) is/are Marked for identification only.

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                         Page:     41
                        www.riverside.courts.ca.gov           RC
-------------------------------------------------------------------------
CASE NUMBER:    RIF129919                DEFENDANT STATUS: Closed
ARREST NBR :    129919A                  ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                   Defn :  3 of    3
=========================================================================
```

                    People's Exhibit 26-Photo of autopsy (projectile)
                    is/are Marked for identification only.
                    People's Exhibit 27-Death Certificate is/are
                    Marked for identification only.
                    People's Exhibit 28-Photo of gray Tundra (front)
                    is/are Marked for identification only.
                    People's Exhibit 29-Photo of gray Tundra
                    (drv.side) is/are Marked for identification only.
                    People's Exhibit 30-Photo of gray Tundra
                    (pass.side) is/are Marked for identification
                    only.
                    People's Exhibit 31-Photo of gray Tundra (rear)
                    is/are Marked for identification only.
                    People's Exhibit 32-Checks-EPIFRA Corp to
                    Olivarez (24pgs) is/are Marked for identification
                    only.
                    People's Exhibit 33-Ledger-EPIFRA Corp
                    re:payments to Olivarez(16p  is/are Marked for
                    identification only.
                    People's Exhibit 34-Checks from WAMU account for
                    Olivarez(6pgs) is/are Marked for identification
                    only.
                    People's Exhibit 35-Checks Blythe DDS Office to
                    Olivarez(12pgs) is/are Marked for identification
                    only.
                    People's Exhibit 36-Bookkeeping Record-Blythe DDS
                    Office Acct.(25pg is/are Marked for
                    identification only.
                    People's Exhibit 37-Job estimates by CA Lawn &
                    Pool (6pgs) is/are Marked for identification
                    only.
                    People's Exhibit 38-Photo of Wyngate (front)
                    is/are Marked for identification only.
                    People's Exhibit 39-Photo of Wyngate (entry)
                    is/are Marked for identification only.
                    People's Exhibit 40-Photo of Wyngate (left)
                    is/are Marked for identification only.
                    People's Exhibit 41-Photo of Wyngate (rear)
                    is/are Marked for identification only.
                    People's Exhibit 42-Photo of Wyngate (patio)
                    is/are Marked for identification only.
                    People's Exhibit 43-Photo of Wyngate (side bldg.)
                    is/are Marked for identification only.
                    People's Exhibit 44-Photo of Wyngate (side bldg.)
                    is/are Marked for identification only.

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                        Page:     42
                          www.riverside.courts.ca.gov              RC
-----------------------------------------------------------------------------
CASE NUMBER:    RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :    129919A                      ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                  Defn :  3 of    3
=============================================================================
```

                    People's Exhibit 45-Photo of Wyngate (back yard)
                    is/are Marked for identification only.
                    People's Exhibit 46-Photo of Wyngate (back yard)
                    is/are Marked for identification only.
                    People's Exhibit 47-Photo of Wyngate (office)
                    is/are Marked for identification only.
                    People's Exhibit 48-49: Photos of Wyngate
                    (interior hall) is/are Marked for identification
                    only.
                    People's Exhibit 50-Notice of Return of Deposited
                    check is/are Marked for identification only.
                    People's Exhibit 51-NSF check to Troy Wyatt
                    (phoenix acct.) is/are Marked for identification
                    only.
                    People's Exhibit 52-Piece of paper w/Saldana
                    account information is/are Marked for
                    identification only.
                    People's Exhibit 59-2nd Amndmnt gun range waiver
                    signed by Olivarez is/are Marked for
                    identification only.
                    People's Exhibit 65-Caldera plea agreement is/are
                    Marked for identification only.
                    People's Exhibit 66-Photo of guns seized from
                    Bazzo is/are Marked for identification only.
                    People's Exhibit 67-Photo-Derringer is/are Marked
                    for identification only.
                    People's Exhibit 68-Photo-17 Federal .38 special
                    bullets is/are Marked for identification only.
                    Defendant's Exhibit A-B: Diagrams of Wyngate
                    is/are marked for identification only.
                    Court's Exhibit 1-Transcript of Interview of Jose
                    Olivarez Marked for Identification.
                    At  9:12, the following proceedings were held:
                    Prospective Jurors from "RED & BLUE" Jurys are
                    present in Court.
                    Jury Panel Sworn to try the cause.
                    Jury Panel admonished.
                    Court Instructs the Jury.
                    "RED" Jurors Are Directed to return @ 10:20am.
                    At 10:31, the following proceedings were held:
                    Members of the "RED" Jury and Alternates are
                    present in Court.
                    Opening Statement presented By the People.
                    Opening Statement given By Defense.
                    "RED" Jurors Are Directed to after the lunch

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                      CASE PRINT                        Page:    43
                      www.riverside.courts.ca.gov          RC
-------------------------------------------------------------------------
CASE NUMBER:    RIF129919              DEFENDANT STATUS: Closed
ARREST NBR :    129919A                ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA             Defn :  3 of   3
=========================================================================
```

                      recess @ 13:30pm.
                      Court in recess.
                      At 13:31, the following proceedings were held:
                      Members and Alternates of the "RED" & "BLUE"
                      present in Court.
                      In the Presence Of the Jury, the following
                      proceedings were held: trial resumes
                      People's Witness, Thomas D. Allert (13:32pm) is
                      Sworn and testifies.
                      Jury Panel admonished.
                      "RED" and "Blue" Jurors Are Directed to return @
                      15:05pm.
                      Court in recess.
                      At 15:12, the following proceedings were held:
                      Members and Alternates of the "RED" & "BLUE" Jury
                       present in Court.
                      In the Presence Of the Jury, the following
                      proceedings were held: trial resumes
                      People's witness Thomas D. Allert, previously
                      sworn, resumes the witness stand.
                      Witness Thomas D. Allert Excused; Subject to
                      recall.
                      Jurors Are Admonished and directed to return on
                      02/04/2008 at  9:00.
                      Jury Trial in Progress is adjourned to 02/04/2008
                      at  9:00 in Department 32.
                      Court orders defendant to be present at next
                      hearing date.
                      All parties notified.
                      Bail To Remain as fixed.
                      Remains remanded to custody of Riverside Sheriff.
                      Sheriff to house defendant at RPDC pending
                      completion of trial.
                      Defendant to be dressed out for trial.
                      Minute Order printed to Robert Presley Detention
                      Center.
                       **MINUTE ORDER OF COURT PROCEEDING**
                      -------------------------
1/30/08               Filed: Reply Brief to Deft's motions by the People
                      -------------------------
                      Opposition to Motion to exclude evidence Re:
                      financial gain Filed the People
                                            .
                      -------------------------
                      Filed: Trial Brief and Reply Brief by the People

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                         Page:    44
                     www.riverside.courts.ca.gov           RC
-------------------------------------------------------------------------------
CASE NUMBER:     RIF129919               DEFENDANT STATUS: Closed
ARREST NBR :     129919A                 ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                     Defn :  3 of    3
===============================================================================
               --------------------------
               Opposition to Motion to exclude evidence re:
               personal checks Filed the People
               --------------------------        .
               Filed: Trial Brief Re: admission of statements
               --------------------------
       32      Jury Trial In-Progress                       Dispo
               Honorable Judge W. Charles Morgan Presiding.
               Courtroom Assistant: G. Gurrola
               Court Reporter: C. McCutchen.
               People represented by Deputy District Attorney:
               J.Aki.
               Defendant Represented By D.Huish.
               Defendant Present.
               At  9:03, the following proceedings were held:
               Motion in limine re: shorthand
               objections/preserve on issues on appeal  called
               for hearing.
               Court's ruling as stated on the record.
               People object.
               Motion in limine re: use real names/proper
               terms/calld Deft by name called for hearing.
               Court's ruling as stated on the record.
               Motion in limine re: exclude all evidence re:
               personal checks called for hearing.
               The Court takes a brief recess for Defense Counsel
               to distribute his motions to all Counsel.
               Court in recess.
               At  9:34, the following proceedings were held:
               As to Defense's motion to exclude evidence re:
               personal checks:
               Argument by Defense.
               Motion Denied.
               Motion in limine re: exclude evidence re:
               financial gain called for hearing.
               Argument by Counsel.
               Court's ruling as stated on the record.
               Court has read and considered Defense's
               motions-ALLERT #1-#7.
               Court has read and considered the People's
               response.
               Motion in limine re: ALLERT #1 called for hearing.
               Argument by Defense.
               Motion Denied.
```

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                      CASE PRINT                         Page:    45
                      www.riverside.courts.ca.gov           RC
----------------------------------------------------------------------------
CASE NUMBER:    RIF129919                 DEFENDANT STATUS: Closed
ARREST NBR :    129919A                   ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :  3 of   3
============================================================================
```

Motion in limine re: ALLERT #2 called for hearing.
No opposition by the People.
Motion Granted
Motion in limine re: ALLERT #3 called for hearing.
Motion Granted
Motion in limine re: ALLERT #4 called for hearing.
Argument by Defense.
Court's ruling as stated on the record.
Motion in limine re: ALLERT #5 called for hearing.
No opposition by the People.
Motion Granted
Motion in limine re: ALLERT #6 called for hearing.
No opposition by the People
Court's ruling as stated on the record.
Motion in limine re: ALLERT #7 called for hearing.
Argument by Defense.
Motion Granted
Court has read and considered Defense's
motions-MILLER #1-#10.
Court has read and considered the People's
response..
Motion in limine re: MILLER #1 called for hearing.
Counsel submit.
Court's ruling as stated on the record.
Motion in limine re: MILLER #2-#4 called for
hearing.
Motion Granted
Motion in limine re: MILLER #5 called for hearing.
Counsel submit.
Court's ruling as stated on the record.
Motion in limine re: MILLER #6 called for hearing.
Counsel submit.
Motion in limine re: MILLER #7-#10 called for
hearing.
No opposition by the People.
Counsel submit.
Motion Granted
Court in recess.
At 10:57, the following proceedings were held:
Motion in limine re: PELLUM #1 called for hearing.
Argument by Defense.
Court's ruling as stated on the record.
Motion in limine re: HONIG #1-#2 called for
hearing.
No opposition by the People.

```
OTSCASPRT      Superior Court of California, County of Riverside
  6/29/10                   CASE PRINT                              Page:   46
                     www.riverside.courts.ca.gov          RC
------------------------------------------------------------------------
CASE NUMBER:    RIF129919              DEFENDANT STATUS: Closed
ARREST NBR :    129919A                ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA               Defn :  3 of   3
========================================================================
```
              Motion Granted
              Court has read and considered Pvt-Huish's
              Aranda-Bruton's motion.
              Court has read and considered the People's
              response.
              Motion in limine re: Aranda Bruton called for
              hearing.
              Argument by Counsel.
              Court's ruling as stated on the record.
              Motion in limine re: Bazzo's statement to Gilbert
              Merril be excluded called for hearing.
              Court's ruling as stated on the record.
              Motion in limine re: introduce statements to
              police by Bazzo/Nicolas called for hearing.
              Court's ruling as stated on the record.
              Court and Counsel Confer regarding: redacted
              statements.
              Motion in limine re: Nicolas's statements made to
              Mostafa Shirazi called for hearing.
              Motion Denied.
              Court and Counsel Confer regarding: cell phone
              towers
              Court in recess.
              At 13:36, the following proceedings were held:
              The Following Miranda issues are heard by
              the Court:
               1. Statements made to Detective Medici 11-15-05
              The People state they do not plan to introduce
              these statements.
               2. Statements on 11-23-05:
              Witness(es) sworn. Detective Mike Medici
              Witness Detective Mike Medici excused.
              Court orders that these statements be
              admissible.
              Court and Counsel Confer regarding:
              evidence/rebuttal
              Court and Counsel Confer regarding: scheduling
              Jury Trial in Progress is adjourned to 01/31/2008
              at  9:00 in Department 32.
              Court orders defendant to be present at next
              hearing date.
              All parties notified.
              Bail To Remain as fixed.
              Remains remanded to custody of Riverside Sheriff.
              Sheriff to house defendant at RPDC pending

```
OTSCASPRT     Superior Court of California, County of Riverside
 6/29/10                      CASE PRINT                          Page:    47
                       www.riverside.courts.ca.gov            RC
--------------------------------------------------------------------------
CASE NUMBER:    RIF129919                DEFENDANT STATUS: Closed
ARREST NBR :    129919A                  ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA              Defn :  3 of   3
==========================================================================
                    completion of trial.
                    Defendant to be dressed out for trial.
                    Minute Order printed to Robert Presley Detention
                    Center.
                    -------------------------
                    Motion to prelude Prosecution from presenting
                    expert filed.
                    -------------------------
  1/29/08          Trial Brief filed by the People
                    -------------------------
                    Filed: Reply Brief to Deft's Motions in Limine
                    -------------------------
                    Filed: Inmate phone recording request
                    -------------------------
        32         Jury Trial In-Progress                        Dispo
                    Honorable Judge W. Charles Morgan Presiding.
                    Courtroom Assistant: G. Gurrola
                    Court Reporter: C. McCutchen.
                    People represented by Deputy District Attorney:
                    J.Aki.
                    Defendant Represented By D.Huish.
                    Defendant Present.
                    5th Day of Trial
                    At  9:14, the following proceedings were held:
                    Prospective Jurors are present in Court.
                    Jury Voir Dire continues.
                    Prospective jurors are admonished and directed to
                    return after the morning recess.
                    Court in recess.
                    At 10:58, the following proceedings were held:
                    Court Reporter: L. Johnson.
                    Prospective Jurors are present in Court.
                    Jury Voir Dire resumes.
                    Prospective jurors are admonished and directed to
                    return after the lunch recess @ 13:30pm.
                    Court in recess.
                    At 13:34, the following proceedings were held:
                    Court Reporter: C. McCutchen.
                    Prospective Jurors are present in Court.
                    Jury Voir Dire resumes.
                    Prospective jurors are admonished and directed to
                    return after the afternoon break.
                    Court in recess.
                    At 15:06, the following proceedings were held:
                    Prospective Jurors are present in Court.
```

```
OTSCASPRT      Superior Court of California, County of Riverside
  6/29/10                     CASE PRINT                        Page:     48
                       www.riverside.courts.ca.gov          RC
--------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :    129919A                      ARREST DATE ....: 8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                   Defn :  3 of    3
================================================================================
                  Jury Voir Dire continues.
                  Prospective jurors are admonished and directed to
                  return on 1-31-08 @ 9:00am Dept32.
                  Jury Trial in Progress is adjourned to 01/30/2008
                  at  8:30 in Department 32.
                  Court orders defendant to be present at next
                  hearing date.
                  All parties notified.
                  Bail To Remain as fixed.
                  Remains remanded to custody of Riverside Sheriff.
                  Sheriff to house defendant at RPDC pending
                  completion of trial.
                  ---- CORRECTED MINUTE ORDER PRINTED TO THE JAIL
                  AT 15:37 ----
                  Minute Order printed to Robert Presley Detention
                  Center.
                  **MINUTE ORDER OF COURT PROCEEDING**
                  -------------------------
1/28/08 32        Jury Trial In-Progress                       Dispo
                  Honorable Judge W. Charles Morgan Presiding.
                  Courtroom Assistant: G. Gurrola
                  Court Reporter: C. McCutchen.
                  People represented by Deputy District Attorney:
                  J.Aki.
                  Defendant Represented By D.Huish.
                  Defendant Present.
                  4th Day of Trial
                  At 13:42, the following proceedings were held:
                  Prospective Jurors from all 3-Panels are present
                  in Court.
                  Jury Voir Dire begins.
                  Prospective jurors are admonished and directed to
                  return after the afternoon break @ 15:10pm.
                  Out of the presence of the other Prospective
                  Jurors (14:55pm):
                  Court listens to one of the Prospective
                  Jurors at his own request.
                  Court in recess.
                  At 15:11, the following proceedings were held:
                  Prospective Jurors are present in Court.
                  Jury Voir Dire resumes.
                  Prospective jurors are admonished and directed to
                  return on 1-29-08 @ 9:00am Dept32.
                  Out of the presence of all Jurors:
                  One Prospective Jurors answers the Courts
```

```
OTSCASPRT    Superior Court of California, County of Riverside
 6/29/10                      CASE PRINT                         Page:    49
                      www.riverside.courts.ca.gov          RC
--------------------------------------------------------------------------
CASE NUMBER:    RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :    129919A                    ARREST DATE ....: 8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                  Defn :  3 of    3
==========================================================================
```

                    questions in private at her request.
                    Jury Trial in Progress is adjourned to 01/29/2008
                    at  9:00 in Department 32.
                    Court orders defendant to be present at next
                    hearing date.
                    All parties notified.
                    Bail To Remain as fixed.
                    Remains remanded to custody of Riverside Sheriff.
                    Sheriff to house defendant at RPDC pending
                    completion of trial.
                    Remains remanded to custody of Riverside Sheriff.
                    Defendant to be dressed out for trial.
                    Minute Order printed to Robert Presley Detention
                    Center.
                     **MINUTE ORDER OF COURT PROCEEDING**
                    -------------------------
        32          Hearing Set RE: Juror Contempt #8420589          Dispo
                    Honorable Judge W. Charles Morgan Presiding.
                    Courtroom Assistant: G. Gurrola
                    Court Reporter: None.
                    Juror# 8420589 not present in Court.
                    At 16:00, the following proceedings were held:
                    Juror# 8420589 found in contempt of Court
                    for failing to appear today.
                    The Court hereby orders said person to
                    answer said contempt on 3-7-08 at 8:30am
                    Dept-32.
                    Certified copy of order mailed.
                    Hearing Set RE: Juror Contempt #8420589 on
                    03/07/2008 at  8:30 in Dept. 32.
                     **MINUTE ORDER OF COURT PROCEEDING**
                    -------------------------
1/25/08             Motion in limine exclude evidence (ALLERT 7)
                    filed.
                    -------------------------
                    Motion in limine exclude evidence (MILLER 5)
                    filed.
                    -------------------------
                    Motion in limine exclude evidence (ALLERT 6)
                    filed.
                    -------------------------
                    Motion in limine exclude evidence (ALLERT 5)
                    filed.
                    -------------------------
                    Motion in limine exclude evidence (ALLERT 4)

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                          Page:    50
                        www.riverside.courts.ca.gov           RC
--------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :    129919A                      ARREST DATE ....: 8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                      Defn :  3 of    3
================================================================================
                   filed.
                   -------------------------
                   Motion in limine exclude evidence (MILLER 10)
                   filed.
                   -------------------------
                   Motion in limine exclude evidence (MILLER 9)
                   filed.
                   -------------------------
                   Motion in limine exclude evidence (MILLER 8)
                   filed.
                   -------------------------
                   Motion in limine exclude evidence (MILLER 7)
                   filed.
                   -------------------------
                   Motion in limine exclude evidence (MILLER 6)
                   filed.
                   -------------------------
                   Motion in limine exclude evidence (MILLER 4)
                   filed.
                   -------------------------
                   Motion in limine exclude evidence (MILLER 3)
                   filed.
                   -------------------------
                   Motion in limine exclude evidence (MILLER 2)
                   filed.
                   -------------------------
                   Motion in limine exclude evidence (MILLER 1)
                   filed.
                   -------------------------
                   Motion in limine exclude evidence (PELLUM 1)
                   filed.
                   -------------------------
                   Motion in limine exclude evidence (HONIG 2) filed.
                   -------------------------
                   Motion in limine exclude evidence (HONIG 1) filed.
                   -------------------------
                   Motion in limine exclude evidence (personal
                   checks) filed.
                   -------------------------
                   Motion exclude evidence (financial gain/legal
                   issues) filed.
                   -------------------------
                   Motion in limine to exclude evidence
                   (Aranda-Bruton) filed.
                   -------------------------
```

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                          Page:    51
                        www.riverside.courts.ca.gov              RC
-------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                 DEFENDANT STATUS: Closed
ARREST NBR :    129919A                   ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                  Defn :   3 of    3
===============================================================================
```

                    Motion in limine for shorthand objections filed.
                    ------------------------
                    Motion in limine to exclude evidence (ALLERT 3)
                    filed.
                    ------------------------
                    Motion in limine to exclude evidence (ALLERT 2)
                    filed.
                    ------------------------
                    Motion in Limine to exclude evidence (ALLERT 1)
                    filed.
                    ------------------------
 1/24/08           Filed: Notice of Deft's Proposed Witnesses
                    ------------------------
          32       Jury Trial Trailing                          Dispo
                    Honorable Judge W. Charles Morgan Presiding.
                    Courtroom Assistant: G. Gurrola
                    Court Reporter: C. McCutchen.
                    People represented by Deputy District Attorney:
                    J.Aki.
                    Defendant Represented By D.Huish.
                    Defendant Present.
                    3rd Day of Trial
                    At   9:36, the following proceedings were held:
                    Prospective Jury Panel having been summoned, is
                    sworn regarding their qualifications to act as
                    trial jurors.
                    All parties ANNOUNCE READY for Trial.
                    Time qualifying begins with the 1st panel.
                    Prospective jurors are admonished and directed to
                    return on 01-28-08 @ 13:30pm Dept32.
                    At 11:15, the following proceedings were held:
                    Additional Prospective Jurors having been
                    summoned are sworn regarding their qualifications
                    to act as trial jurors.
                    Time qualifying begins with 2nd Panel.
                    Prospective jurors are admonished and directed to
                    return on 1-28-08 @ 13:30pm Dept32.
                    Prospective Jurors Are Directed to return after
                    the lunch recess.
                    At 13:30, the following proceedings were held:
                    Time qualifying continues with the 2nd panel.
                    At 14:24, the following proceedings were held:
                    Additional Prospective Jurors having been
                    summoned are sworn regarding their qualifications
                    to act as trial jurors.

```
OTSCASPRT       Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                          Page:    52
                       www.riverside.courts.ca.gov            RC
-----------------------------------------------------------------------------
CASE NUMBER:    RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :    129919A                      ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                     Defn :  3 of   3
=============================================================================
```

                Time qualifying commences with the 3rd panel.
                Prospective jurors are admonished and directed to
                return on 01-28-08 @ 13:30pm Dept32.
                Out of the presence of the Prospective Jurors:
                At 15:23, the following proceedings were held:
                Court and Counsel Confer regarding: jail house
                informants/jail phone calls
                Court asks the DA-Aki to have his investigator
                file the appropiate form w/Srgt.Potter re:
                obtaining phone call.
                If the Srgt. does not comply with such order
                than the Court would like an explanation.
                Court and Counsel Confer regarding: Witnesses
                Jury Trial in Progress is adjourned to 01/28/2008
                at 13:30 in Department 32.
                Court orders defendant to be present at next
                hearing date.
                All parties notified.
                Bail To Remain as fixed.
                Remains remanded to custody of Riverside Sheriff.
                Sheriff to house defendant at RPDC pending
                completion of trial.
                Defendant to be dressed out for trial.
                Minute Order printed to Robert Presley Detention
                Center.
                **MINUTE ORDER OF COURT PROCEEDING**
                -------------------------
1/18/08 32      Jury Trial Trailing                          Dispo
                Honorable Judge W. Charles Morgan Presiding.
                Courtroom Assistant: G. Gurrola
                Court Reporter: C. McCutchen.
                People represented by Deputy District Attorney:
                J.Aki.
                Defendant Represented By D.Huish.
                Defendant Present.
                At  9:13, the following proceedings were held:
                Defense requests that two courtrooms try
                this case; Defense does not concur with having
                two seperate juries.
                Motion By Defense Regarding dismissal for lack of
                speedy trial is called for hearing.
                Motion Denied.
                Court and Counsel Confer regarding: additional
                Defense Atty on this case
                This Deft will have her own Jury and will

**Diamond Declaration, Exhibit B**
**Page 60**

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                       CASE PRINT                         Page:    53
                       www.riverside.courts.ca.gov          RC
-------------------------------------------------------------------------
CASE NUMBER:    RIF129919                DEFENDANT STATUS: Closed
ARREST NBR :    129919A                  ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                  Defn :  3 of   3
=========================================================================
```

        be designated as the "RED" Jury.
Jury Selection will begin on 1-24-08 @ 9:00.
Jury Trial Trails to 01/24/2008 at  9:00 in Dept 32.
Court orders defendant to be present at next hearing date.
All parties notified.
Bail To Remain as fixed.
Remains remanded to custody of Riverside Sheriff.
Sheriff to house defendant at RPDC pending completion of trial.
Defendant to be dressed out for trial.
---- CORRECTED MINUTE ORDER PRINTED TO THE JAIL AT 13:21 ----
Minute Order printed to Robert Presley Detention Center.
**MINUTE ORDER OF COURT PROCEEDING**
------------------------

    32     Hearing on Motion Re: Severance        Dispo
Honorable Judge W. Charles Morgan Presiding.
Courtroom Assistant: G. Gurrola
Court Reporter: C. McCutchen.
People represented by Deputy District Attorney: J.Aki.
Defendant Represented By D.Huish.
Defendant Present.
At  9:13, the following proceedings were held:
Motion By Defense Regarding Severance is called for hearing.
Motion Denied.
------------------------

1/14/08   Opposition to Motion to Sever any or all Defts
Filed by the People.
------------------------
Filed: Supplemental Request Re: Statements Against Penal
------------------------
Filed: Witness List by the People
------------------------

    32     Jury Trial        Dispo
Honorable Judge W. Charles Morgan Presiding.
Courtroom Assistant: G. Gurrola
Court Reporter: C. McCutchen.
People represented by Deputy District Attorney: J.Aki.

```
OTSCASPRT        Superior Court of California, County of Riverside
  6/29/10                        CASE PRINT                        Page:    54
                         www.riverside.courts.ca.gov          RC
----------------------------------------------------------------------------
CASE NUMBER:     RIF129919                 DEFENDANT STATUS: Closed
ARREST NBR :     129919A                   ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                   Defn :  3 of    3
============================================================================
```

Defendant Represented By D.Huish.
Defendant Present.
At  9:06, the following proceedings were held:
All parties ANNOUNCE READY for Trial.
Jury Trial Trails to 01/18/2008 at  8:30 in Dept
32.
Court and Counsel Confer regarding:
scheduling/transportation orders
Court orders defendant to be present at next
hearing date.
All parties notified.
Motion By Defense Regarding clothing is called
for hearing.
Motion Granted
Defense Counsel may bring items of clothing
to the next court date and have the Deft
be fitted to ensure proper fit for trial.
Bail To Remain as fixed.
Remains remanded to custody of Riverside Sheriff.
Sheriff to Allow Defendant: Daily hygiene
privileges ex: showers.
Sheriff to Allow Defendant: hair cut/hair to be
dyed (if in the realm of RSO) .
Sheriff to Allow Defendant: all above orders the
duration of the trial.
Minute Order printed to Robert Presley Detention
Center.
                 ------------------------

       32       Hearing on Motion Re: Severance            Dispo
                Honorable Judge W. Charles Morgan Presiding.
                Courtroom Assistant: G. Gurrola
                Court Reporter: C. McCutchen.
                People represented by Deputy District Attorney:
                J.Aki.
                Defendant Represented By D.Huish.
                Defendant Present.
                Hearing Continued by the Courts own motion.
                Matter continued to 01/18/2008 at  8:30 in
                Department 32.
                Court orders defendant to be present at next
                hearing date.
                All parties notified.
                Bail To Remain as fixed.
                Remains remanded to custody of Riverside Sheriff.
                Minute Order printed to Robert Presley Detention

```
OTSCASPRT       Superior Court of California, County of Riverside
 6/29/10                         CASE PRINT                          Page:    55
                        www.riverside.courts.ca.gov           RC
-----------------------------------------------------------------------------
CASE NUMBER:     RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :     129919A                    ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA      .             Defn :  3 of   3
=============================================================================
```

             Center.
             ------------------------

12/07/07 32    Hearing Set RE: Status             Dispo
             Honorable Judge W. Charles Morgan Presiding.
             Courtroom Assistant: G. Gurrola
             Minutes entered by H. Smith.
             Court Reporter: C. McCutchen.
             People represented by Deputy District Attorney:
             M.Hestrin by J.Aki.
             Defendant Represented By D.Huish.
             Defendant Present.
             At 11:05, the following proceedings were held:
             Hearing on 01/14/2008 at  8:30 for JT in Dept. 32
             is Confirmed.
             Defendant ordered to return on any and all future
             hearing dates.
             Bail To Remain as fixed.
             Remains remanded to custody of Riverside Sheriff.
             Minute Order printed to Robert Presley Detention
             Center.
             ------------------------

        32    Hearing on Motion Re: FOR SEVERANCE      Dispo
             Honorable Judge W. Charles Morgan Presiding.
             Courtroom Assistant: G. Gurrola
             Minutes entered by H. Smith.
             Court Reporter: C. McCutchen.
             People represented by Deputy District Attorney:
             M.Hestrin.
             Defendant Represented By D.Huish.
             Defendant Present.
             At 11:05, the following proceedings were held:
             Hearing Continued by the Courts own motion.
             Matter continued to 01/14/2008 at  8:31 in
             Department 32.
             Defendant ordered to return on any and all future
             hearing dates.
             Bail To Remain as fixed.
             Remains remanded to custody of Riverside Sheriff.
             Minute Order printed to Robert Presley Detention
             Center.
             ------------------------

11/28/07        Filed: NOTICE OF INTENTION TO RENEW MO & MO F/
             SEVERANCE
             ------------------------
             Motion FOR SEVERANCE filed.

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                        Page:    56
                      www.riverside.courts.ca.gov           RC
```
--------------------------------------------------------------------------------
```
CASE NUMBER:     RIF129919                   DEFENDANT STATUS: Closed
ARREST NBR :     129919A                     ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                     Defn :  3 of   3
```
================================================================================
```
                     ------------------------
10/01/07 32   Jury Trial                               Vacate
         32   No Minutes
                     ------------------------
 9/11/07      EXTRA VOLUME MADE
                     ------------------------
 9/07/07 32   Trial Readiness Conference               Dispo
              Honorable Judge W. Charles Morgan Presiding.
              Courtroom Assistant: G. Patterson
              Court Reporter: C. McCutchen.
              People represented by Deputy District Attorney:
              Michael Hestrin.
              Defendant Represented By D.Huish.
              Defendant Present.
              At 11:08, the following proceedings were held:
              Jury Trial set for 01/14/2008 at  8:30 in
              Department 32. Estimated 0 days.
              Defense objects to new trial date.
              Hearing Set RE: Status on 12/07/2007 at  8:30 in
              Dept. 32.
              Court orders defendant to be present at next
              hearing date.
              All parties notified.
              Bail To Remain as fixed.
              Remains remanded to custody of Riverside Sheriff.
              Hearing on 10/01/2007 at  8:30 for JT is Vacated.
              ---- CORRECTED MINUTE ORDER PRINTED TO THE JAIL
              AT 14:03 ----
              Minute Order printed to Robert Presley Detention
              Center.
                     ------------------------
         32   Hearing Set RE: Quash Subpoena & issue a     Dispo
              protective order
              Honorable Judge W. Charles Morgan Presiding.
              Courtroom Assistant: G. Patterson
              Court Reporter: C. McCutchen.
              Pvt Gregg Gu-City Attorney present in Court.
              Defendant Represented By D.Huish.
              Defendant Present.
              At 11:15, the following proceedings were held:
              Court and Counsel Confer regarding: supoena
              documents
              Counsel submit to take the motion off
              calendar at this time with the understanding
              that the subpoenaed documents will remain
```

**Diamond Declaration, Exhibit B**
**Page 64**

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                         Page:    57
                        www.riverside.courts.ca.gov           RC
------------------------------------------------------------------------
CASE NUMBER:    RIF129919                DEFENDANT STATUS: Closed
ARREST NBR :    129919A                  ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                   Defn :  3 of   3
========================================================================
```

|           |    | sealed until further order from the Court. |        |
|-----------|----|--------------------------------------------|--------|

sealed until further order from the Court.
Motion re: Quash subpoena is placed off calendar
at the request of Counsel.
--------------------------

9/04/07     Order from District Court of Appeal PETITION FOR
            WRIT OF PROHIBITION/MANADATE IS DENIE.
            --------------------------

8/29/07     Filed: EXPARTE APPLIC FOR ORDER SHORTENING TIME
            FOR HEARI
            --------------------------

8/24/07     Filed: NOTICEOF OBJECTION TO REL CONSUMER RECORDS
            --------------------------

7/20/07 32  Hearing on Motion Re: Discovery                      Dispo
            --------------------------

       32   Hearing on Motion Re: Dismissal of Indictment        Dispo
            Honorable Judge W. Charles Morgan Presiding.
            Courtroom Assistant: G. Patterson
            Court Reporter: C. McCutchen.
            People represented by Deputy District Attorney:
            Michael Hestrin.
            Defendant Represented By D.Huish.
            Defendant Present.
            At 10:21, the following proceedings were held:
            Motion By Defense Regarding Dismissal of
            Indictment is called for hearing.
            Court has read and considered Defense's motion &
            People's response.
            Argument by Counsel.
            Motion Denied.
            --------------------------

       32   Trial Readiness Conference                           Dispo
            Honorable Judge W. Charles Morgan Presiding.
            Courtroom Assistant: G. Patterson
            Court Reporter: C. McCutchen.
            People represented by Deputy District Attorney:
            Michael Hestrin.
            Defendant Represented By D.Huish.
            Defendant Present.
            At 10:23, the following proceedings were held:
            Trial Readiness Conference Set for 09/07/2007 at
            8:30 in Department 32.
            Jury Trial set for 10/01/2007 at  8:30 in
            Department 32. Estimated 0 days.
            Defense continues to object to continuance.
            Court orders defendant to be present at next

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                          CASE PRINT                        Page:     58
                        www.riverside.courts.ca.gov            RC
-------------------------------------------------------------------------------
CASE NUMBER:     RIF129919              DEFENDANT STATUS: Closed
ARREST NBR :     129919A                ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :  3 of   3
===============================================================================
```

```
                     hearing date.
                     All parties notified.
                     Bail To Remain as fixed.
                     Remains remanded to custody of Riverside Sheriff.
                     Deft to be transported to the next court date
                     of 9-07-07.
                     Minute Order printed to Robert Presley Detention
                     Center.
                       **MINUTE ORDER OF COURT PROCEEDING**
                     ------------------------
          32         Hearing on Motion Re: Severance              Dispo
                     ------------------------
 7/18/07             Opposition to Motion for dismissal Filed by the
                     People.
                     ------------------------
 6/29/07             Filed: Ex-Parte Application to file P&A's
                     ------------------------
          32         Hearing on Motion Re: Severance              Dispo
                     Honorable Judge W. Charles Morgan Presiding.
                     Courtroom Assistant: G. Patterson
                     Court Reporter: C. McCutchen.
                     People represented by Deputy District Attorney:
                     Michael Hestrin by J.Malloy.
                     Defendant Represented By D.Huish.
                     Defendant Present.
                     At 10:17, the following proceedings were held:
                     Court orders Motion to Dismiss filed.
                     Motion for Dismissal of Indictment is set on
                     07/20/2007 at  8:31 in Department 32.
                     Hearing Continued To 07/20/2007 at  8:30 in
                     Department 32 pursuant to Stipulation of counsel.
                     Court orders defendant to be present at next
                     hearing date.
                     All parties notified.
                     Bail To Remain as fixed.
                     Remains remanded to custody of Riverside Sheriff.
                     Minute Order printed to Robert Presley Detention
                     Center.
                     ------------------------
          32         Jury Trial                                   Dispo
                     Honorable Judge W. Charles Morgan Presiding.
                     Courtroom Assistant: G. Patterson
                     Court Reporter: C. McCutchen.
                     People represented by Deputy District Attorney:
                     Michael Hestrin by J.Malloy.
```

```
OTSCASPRT        Superior Court of California, County of Riverside
  6/29/10                        CASE PRINT                        Page:    59
                        www.riverside.courts.ca.gov          RC
-------------------------------------------------------------------------
CASE NUMBER:      RIF129919               DEFENDANT STATUS: Closed
ARREST NBR :      129919A                 ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA             Defn :  3 of   3
=========================================================================
```

```
                 Defendant Represented By D.Huish.
                 Defendant Present.
                 At 10:17, the following proceedings were held:
                 Trial Readiness Conference Set for 07/20/2007 at
                 8:30 in Department 32.
                 Defendant does not waive further time for trial.
                 Court orders defendant to be present at next
                 hearing date.
                 All parties notified.
                 Bail To Remain as fixed.
                 Remains remanded to custody of Riverside Sheriff.
                 Minute Order printed to Robert Presley Detention
                 Center.
                 ------------------------
        32       Hearing on Motion Re: Discovery              Dispo
                 Honorable Judge W. Charles Morgan Presiding.
                 Courtroom Assistant: G. Patterson
                 Court Reporter: C. McCutchen.
                 People represented by Deputy District Attorney:
                 Michael Hestrin by J.Malloy.
                 Defendant Represented By D.Huish.
                 Defendant Present.
                 At 10:20, the following proceedings were held:
                 Hearing Continued To 07/20/2007 at  8:32 in
                 Department 32 pursuant to Stipulation of counsel.
                 Court orders defendant to be present at next
                 hearing date.
                 All parties notified.
                 Bail To Remain as fixed.
                 Remains remanded to custody of Riverside Sheriff.
                 Minute Order printed to Robert Presley Detention
                 Center.
                 ------------------------
                 Motion to Dismiss Indictment filed.
                 ------------------------
 6/21/07         Motion TO DISMISS INDICTMENT filed.
                 ------------------------
 6/01/07 32      Hearing on Motion Re: Severance              Dispo
                 Honorable Judge W. Charles Morgan Presiding.
                 Courtroom Assistant: G. Patterson
                 Court Reporter: C. McCutchen.
                 People represented by Deputy District Attorney:
                 Michael Hestrin.
                 Defendant Represented By D.Huish.
                 Defendant Present.
```

```
OTSCASPRT        Superior Court of California, County of Riverside
  6/29/10                      CASE PRINT                              Page:    60
                        www.riverside.courts.ca.gov              RC
------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :    129919A                    ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :  3 of    3
==============================================================================
```

```
              At 11:35, the following proceedings were held:
              Hearing Continued by the Courts own motion.
              Matter continued to 06/29/2007 at  8:31 in
              Department 32.
              Court orders defendant to be present at next
              hearing date.
              All parties notified.
              Bail To Remain as fixed.
              Remains remanded to custody of Riverside Sheriff.
              Minute Order printed to Robert Presley Detention
              Center.
              ------------------------
     32       Jury Trial                                        Dispo
              Honorable Judge W. Charles Morgan Presiding.
              Courtroom Assistant: G. Patterson
              Court Reporter: C. McCutchen.
              People represented by Deputy District Attorney:
              Michael Hestrin.
              Defendant Represented By D.Huish.
              Defendant Present.
              At 11:39, the following proceedings were held:
              Court finds good cause to continue the trial in
              this matter.
              Defense continues to oppose.
              Jury Trial set for 06/29/2007 at  8:30 in
              Department 32. Estimated 0 days.
              Court orders defendant to be present at next
              hearing date.
              All parties notified.
              Bail To Remain as fixed.
              Remains remanded to custody of Riverside Sheriff.
              ---- CORRECTED MINUTE ORDER PRINTED TO THE JAIL
              AT 14:37 ----
              Minute Order printed to Robert Presley Detention
              Center.
              ------------------------
     32       Hearing on Motion Re: Discovery                   Dispo
              Honorable Judge W. Charles Morgan Presiding.
              Courtroom Assistant: G. Patterson
              Court Reporter: C. McCutchen.
              People represented by Deputy District Attorney:
              Michael Hestrin.
              Defendant Represented By D.Huish.
              Defendant Present.
              At 11:35, the following proceedings were held:
```

```
OTSCASPRT       Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT
                     www.riverside.courts.ca.gov          RC        Page:    61
---------------------------------------------------------------------------
CASE NUMBER:     RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :     129919A                    ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                     Defn :  3 of   3
===========================================================================
```

```
                   Hearing Continued by the Courts own motion.
                   Matter continued to 06/29/2007 at  8:30 in
                   Department 32.
                   Court orders defendant to be present at next
                   hearing date.
                   All parties notified.
                   Bail To Remain as fixed.
                   Remains remanded to custody of Riverside Sheriff.
                   Minute Order printed to Robert Presley Detention
                   Center.
                   -------------------------
5/22/07 32         Hearing on Motion Re: Discovery               Dispo
                   Honorable Judge W. Charles Morgan Presiding.
                   Courtroom Assistant: G. Patterson
                   Court Reporter: C. McCutchen.
                   People represented by Deputy District Attorney:
                   Michael Hestrin.
                   Defendant Represented By D.Huish.
                   Defendant Present.
                   At  8:37, the following proceedings were held:
                   Hearing Continued by the Courts own motion.
                   Matter continued to 06/01/2007 at  8:30 in
                   Department 32.
                   Court orders defendant to be present at next
                   hearing date.
                   All parties notified.
                   Bail To Remain as fixed.
                   Remains remanded to custody of Riverside Sheriff.
                   Minute Order printed to Robert Presley Detention
                   Center.
                   -------------------------
        32         Jury Trial Trailing                           Dispo
                   Honorable Judge W. Charles Morgan Presiding.
                   Courtroom Assistant: G. Patterson
                   Court Reporter: C. McCutchen.
                   People represented by Deputy District Attorney:
                   Michael Hestrin.
                   Defendant Represented By D.Huish.
                   Defendant Present.
                   At  8:37, the following proceedings were held:
                   The People request to keep this deft along
                   w/the co-defts joined.
                   Argument by Counsel.
                   Court finds good cause to continue the trial in
                   this matter.
```

```
OTSCASPRT      Superior Court of California, County of Riverside
  6/29/10                        CASE PRINT                        Page:    62
                     www.riverside.courts.ca.gov        RC
------------------------------------------------------------------------------
CASE NUMBER:      RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :      129919A                      ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                     Defn :  3 of   3
==============================================================================
```

```
                  Motion By Defense Regarding dismissal is called
                  for hearing.
                  Court finds good cause exists to continue trial
                  pursuant to 1050.1 PC
                  Motion Denied.
                  Jury Trial set for 06/01/2007 at  8:30 in
                  Department 32. Estimated 0 days.
                  Court orders defendant to be present at next
                  hearing date.
                  All parties notified.
                  Bail To Remain as fixed.
                  Remains remanded to custody of Riverside Sheriff.
                  Minute Order printed to Robert Presley Detention
                  Center.
                    **MINUTE ORDER OF COURT PROCEEDING**
                  -------------------------
           32     Hearing on Motion Re: Severance              Dispo
                  Honorable Judge W. Charles Morgan Presiding.
                  Courtroom Assistant: G. Patterson
                  Court Reporter: C. McCutchen.
                  People represented by Deputy District Attorney:
                  Michael Hestrin.
                  Defendant Represented By D.Huish.
                  Defendant Present.
                  At  8:37, the following proceedings were held:
                  Hearing Continued To 06/01/2007 at  8:31 in
                  Department 32 pursuant to Stipulation of counsel.
                  Court orders defendant to be present at next
                  hearing date.
                  All parties notified.
                  Bail To Remain as fixed.
                  Remains remanded to custody of Riverside Sheriff.
                  Minute Order printed to Robert Presley Detention
                  Center.
                  -------------------------
5/21/07 32     Jury Trial                                    Vacate
        32     No Minutes
                  -------------------------
5/18/07 32     Hearing on Motion Re: Severance              Dispo
                  Honorable Judge W. Charles Morgan Presiding.
                  Courtroom Assistant: G. Patterson
                  Court Reporter: C. McCutchen.
                  People represented by Deputy District Attorney:
                  Michael Hestrin.
                  Defendant Represented By D.Huish.
```

**Diamond Declaration, Exhibit B**
**Page 70**

```
OTSCASPRT       Superior Court of California, County of Riverside
 6/29/10                         CASE PRINT                        Page:    63
                        www.riverside.courts.ca.gov          RC
-----------------------------------------------------------------------------
CASE NUMBER:    RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :    129919A                    ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                   Defn :  3 of   3
=============================================================================
```

```
                Defendant Present.
                At  9:31, the following proceedings were held:
                Hearing Continued To 05/22/2007 at  8:30 in
                Department 32 pursuant to Stipulation of counsel.
                Court orders defendant to be present at next
                hearing date.
                All parties notified.
                Bail To Remain as fixed.
                Remanded remanded to custody of Riverside Sheriff.
                Minute Order printed to Robert Presley Detention
                Center.
                -------------------------
      32        Trial Readiness Conference                         Dispo
                Honorable Judge W. Charles Morgan Presiding.
                Courtroom Assistant: G. Patterson
                Court Reporter: C. McCutchen.
                People represented by Deputy District Attorney:
                Michael Hestrin.
                Defendant Represented By D.Huish.
                Defendant Present.
                At  9:31, the following proceedings were held:
                Jury Trial Trails to 05/22/2007 at  8:30 in Dept
                32.
                Court orders defendant to be present at next
                hearing date.
                All parties notified.
                Bail To Remain as fixed.
                Hearing on 05/21/2007 at  8:30 for JT is Vacated.
                ---- CORRECTED MINUTE ORDER PRINTED TO THE JAIL
                AT 11:16 ----
                Minute Order printed to Robert Presley Detention
                Center.
                -------------------------
      32        Hearing on Motion Re: Discovery                    Dispo
                Honorable Judge W. Charles Morgan Presiding.
                Courtroom Assistant: G. Patterson
                Court Reporter: C. McCutchen.
                People represented by Deputy District Attorney:
                Michael Hestrin.
                Defendant Represented By D.Huish.
                Defendant Present.
                At  9:31, the following proceedings were held:
                Hearing Continued To 05/22/2007 at  8:31 in
                Department 32 pursuant to Stipulation of counsel.
                Court orders defendant to be present at next
```

**Diamond Declaration, Exhibit B**
**Page 71**

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                      CASE PRINT                          Page:    64
                       www.riverside.courts.ca.gov           RC
-----------------------------------------------------------------------------
CASE NUMBER:     RIF129919              DEFENDANT STATUS: Closed
ARREST NBR :     129919A                ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                 Defn :  3 of    3
=============================================================================
                 hearing date.
                 All parties notified.
                 Bail To Remain as fixed.
                 Remains remanded to custody of Riverside Sheriff.
                 Minute Order printed to Robert Presley Detention
                 Center.
                 -------------------------
 5/11/07         Motion to Compel Discovery & Points & Authorities
                 filed.
                 -------------------------
 4/30/07 32      Hearing on Motion Re: Severance                  Dispo
                 Honorable Judge W. Charles Morgan Presiding.
                 Courtroom Assistant: G. Patterson
                 Court Reporter: C. McCutchen.
                 People represented by Deputy District Attorney:
                 Michael Hestrin.
                 Defendant Represented By D.Huish.
                 Defendant Present.
                 Hearing Continued by the Courts own motion.
                 Matter continued to 05/18/2007 at  8:31 in
                 Department 32.
                 Court orders defendant to be present at next
                 hearing date.
                 All parties notified.
                 Bail To Remain as fixed.
                 Remains remanded to custody of Riverside Sheriff.
                 Minute Order printed to Robert Presley Detention
                 Center.
                 -------------------------
         32      Jury Trial Trailing                              Dispo
                 Honorable Judge W. Charles Morgan Presiding.
                 Courtroom Assistant: G. Patterson
                 Court Reporter: C. McCutchen.
                 People represented by Deputy District Attorney:
                 Michael Hestrin.
                 Defendant Represented By D.Huish.
                 Defendant Present.
                 At 13:38, the following proceedings were held:
                 Court finds good cause to continue the trial in
                 this matter.
                 Argument by Defense.
                 Statement made by the People.
                 Trial Readiness Conference Set for 05/18/2007 at
                 8:30 in Department 32.
                 Court orders defendant to be present at next
```

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                            Page:    65
                         www.riverside.courts.ca.gov          RC
-------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :    129919A                      ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                     Defn :  3 of    3
===============================================================================
```

                    hearing date.
                    Jury Trial set for 05/21/2007 at  8:30 in
                    Department 32. Estimated 0 days.
                    All parties notified.
                    Bail To Remain as fixed.
                    Remains remanded to custody of Riverside Sheriff.
                    Defendant to be transported to the next court
                    date of 5-18-07 @ 8:30am.
                    Minute Order printed to Robert Presley Detention
                    Center.
                    ------------------------
          32        Hearing on Motion Re: Discovery              Dispo
                    Honorable Judge W. Charles Morgan Presiding.
                    Courtroom Assistant: G. Patterson
                    Court Reporter: C. McCutchen.
                    People represented by Deputy District Attorney:
                    Michael Hestrin.
                    Defendant Represented By D.Huish.
                    Defendant Present.
                    At 13:52, the following proceedings were held:
                    Court and Counsel Confer regarding: Discovery
                    issues
                    Court makes it's orders on the record
                    re: discovery.
                    Hearing Continued by the Courts own motion.
                    Matter continued to 05/18/2007 at  8:30 in
                    Department 32.
                    Court orders defendant to be present at next
                    hearing date.
                    All parties notified.
                    Bail To Remain as fixed.
                    Remains remanded to custody of Riverside Sheriff.
                    ------------------------
4/25/07             Opposition to Motion Severance Filed the People.
                    ------------------------
          32        Hearing on Motion Re: Severance              Dispo
                    Honorable Judge W. Charles Morgan Presiding.
                    Courtroom Assistant: G. Patterson
                    Court Reporter: C. McCutchen.
                    People represented by Deputy District Attorney:
                    Michael Hestrin.
                    Defendant Represented By D.Huish.
                    Defendant Present.
                    Hearing Continued To 04/30/2007 at  8:31 in
                    Department 32 pursuant to Stipulation of counsel.

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                       CASE PRINT                            Page:     66
                      www.riverside.courts.ca.gov          RC
-------------------------------------------------------------------------------
CASE NUMBER:     RIF129919                DEFENDANT STATUS: Closed
ARREST NBR :     129919A                  ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                       Defn :  3 of   3
===============================================================================
                 Court orders defendant to be present at next
                 hearing date.
                 All parties notified.
                 Bail To Remain as fixed.
                 Remains remanded to custody of Riverside Sheriff.
                 ------------------------
        32       Jury Trial Trailing                            Dispo
                 Honorable Judge W. Charles Morgan Presiding.
                 Courtroom Assistant: G. Patterson
                 Court Reporter: C. McCutchen.
                 People represented by Deputy District Attorney:
                 Michael Hestrin.
                 Defendant Represented By D.Huish.
                 Defendant Present.
                 Hearing Continued To 04/30/2007 at  8:30 in
                 Department 32 pursuant to Stipulation of counsel.
                 LAST DAY FOR TRIAL to commence is 05/03/2007
                 Court orders defendant to be present at next
                 hearing date.
                 All parties notified.
                 Bail To Remain as fixed.
                 Remains remanded to custody of Riverside Sheriff.
                 Minute Order printed to Robert Presley Detention
                 Center.
                  **MINUTE ORDER OF COURT PROCEEDING**
                 ------------------------
        32       Hearing on Motion Re: Discovery                 Dispo
                 Honorable Judge W. Charles Morgan Presiding.
                 Courtroom Assistant: G. Patterson
                 Court Reporter: C. McCutchen.
                 People represented by Deputy District Attorney:
                 Michael Hestrin.
                 Defendant Represented By D.Huish.
                 Defendant Present.
                 At  9:42, the following proceedings were held:
                 Hearing Continued To 04/30/2007 at  8:30 in
                 Department 32 pursuant to Stipulation of counsel.
                 Court orders defendant to be present at next
                 hearing date.
                 All parties notified.
                 Bail To Remain as fixed.
                 Remains remanded to custody of Riverside Sheriff.
                 ------------------------
4/23/07 32       Jury Trial                                     Vacate
        32       No Minutes
```

**Diamond Declaration, Exhibit B**
**Page 74**

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                          CASE PRINT                                Page:     67
                          www.riverside.courts.ca.gov              RC
-----------------------------------------------------------------------------------
CASE NUMBER:      RIF129919                   DEFENDANT STATUS: Closed
ARREST NBR :      129919A                     ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                     Defn :  3 of    3
===================================================================================
```

```
                 --------------------------
 4/20/07 32      Hearing on Motion Re: Discovery                      Dispo
                 Honorable Judge W. Charles Morgan Presiding.
                 Courtroom Assistant: G. Patterson
                 Court Reporter: D. Andrews.
                 People represented by Deputy District Attorney:
                 Michael Hestrin.
                 Defendant Represented By D.Huish.
                 Defendant Present.
                 At 10:02, the following proceedings were held:
                 Court and Counsel Confer regarding: discovery
                 Argument by Counsel re:lack of
                 discovery/violation due process.
                 Court and Counsel Confer regarding: Defense's
                 pending discovery requests
                 Hearing Continued by the Courts own motion.
                 Matter continued to 04/25/2007 at  8:30 in
                 Department 32.
                 Court orders defendant to be present at next
                 hearing date.
                 All parties notified.
                 Bail To Remain as fixed.
                 Remains remanded to custody of Riverside Sheriff.
                 Minute Order printed to Robert Presley Detention
                 Center.
                   **MINUTE ORDER OF COURT PROCEEDING**
                 --------------------------
         32      Trial Readiness Conference                           Dispo
                 Honorable Judge W. Charles Morgan Presiding.
                 Courtroom Assistant: G. Patterson
                 Court Reporter: D. Andrews.
                 People represented by Deputy District Attorney:
                 Michael Hestrin.
                 Defendant Represented By D.Huish.
                 Defendant Present.
                 Hearing on 04/23/2007 at  8:30 for JT is Vacated.
                 Jury Trial Trails to 04/25/2007 at  8:30 in Dept
                 32.
                 Court orders defendant to be present at next
                 hearing date.
                 All parties notified.
                 Bail To Remain as fixed.
                 Remains remanded to custody of Riverside Sheriff.
                 Minute Order printed to Robert Presley Detention
                 Center.
```

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                       CASE PRINT                        Page:    68
                    www.riverside.courts.ca.gov          RC
--------------------------------------------------------------------------
CASE NUMBER:    RIF129919                DEFENDANT STATUS: Closed
ARREST NBR :    129919A                  ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA            Defn :  3 of   3
==========================================================================
              **MINUTE ORDER OF COURT PROCEEDING**
              -------------------------
         32   Hearing on Motion Re: Severance              Dispo
              Honorable Judge W. Charles Morgan Presiding.
              Courtroom Assistant: G. Patterson
              Court Reporter: D. Andrews.
              People represented by Deputy District Attorney:
              Michael Hestrin.
              Defendant Represented By D.Huish.
              Defendant Present.
              Hearing Continued by the Courts own motion.
              Matter continued to 04/25/2007 at  8:31 in
              Department 32.
              Court orders defendant to be present at next
              hearing date.
              All parties notified.
              Bail To Remain as fixed.
              Remains remanded to custody of Riverside Sheriff.
              Minute Order printed to Robert Presley Detention
              Center.
                **MINUTE ORDER OF COURT PROCEEDING**
                -------------------------
 4/17/07      Opposition to Motion for Severance Filed the
              People.
              -------------------------
              Filed: Request for permission to
              -------------------------
 4/09/07 32   Jury Trial                                   Vacate
         32   No Minutes
              -------------------------
 4/06/07      Filed: Trial Brief by the People
              -------------------------
              Filed: People's Response to Formal Discovery
              Motion
              -------------------------
         32   Hearing on Motion Re: Discovery              Dispo
              Honorable Judge W. Charles Morgan Presiding.
              Courtroom Assistant: G. Patterson
              Court Reporter: C. McCutchen.
              People represented by Deputy District Attorney:
              Michael Hestrin.
              Defendant Represented By D.Huish.
              Defendant Present.
              Court asks Counsel to discuss their
              discovery issues in the backroom to try and
```

**Diamond Declaration, Exhibit B**
**Page 76**

```
OTSCASPRT      Superior Court of California, County of Riverside
  6/29/10                      CASE PRINT                         Page:    69
                      www.riverside.courts.ca.gov           RC
------------------------------------------------------------------------
CASE NUMBER:     RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR  :    129919A                    ARREST DATE ....:  8/15/05
ARREST AGY  : RIV SHERIFF (COUNTY)  RIV
Defendant ..: NICOLAS, EPIFANIA VIOLA                   Defn :  3 of   3
========================================================================
```

```
            resolve them.
            Court asks the DDA-Hestrin to contact
            the Officer and instruct him NOT to destroy
            any field notes.
            Counsel Stipulate: to continue for further
            proceedings (if needed).
            Hearing Continued To 04/20/2007 at  8:31 in
            Department 32 pursuant to Stipulation of counsel.
            Court orders defendant to be present at next
            hearing date.
            All parties notified.
            Bail To Remain as fixed.
            Remains remanded to custody of Riverside Sheriff.
            Minute Order printed to Robert Presley Detention
            Center.
              **MINUTE ORDER OF COURT PROCEEDING**
              ------------------------
     32     Trial Readiness Conference                    Dispo
            Honorable Judge W. Charles Morgan Presiding.
            Courtroom Assistant: G. Patterson
            Court Reporter: C. McCutchen.
            People represented by Deputy District Attorney:
            Michael Hestrin.
            Defendant Represented By D.Huish.
            Defendant Present.
            Hearing Continued by the Courts own motion.
            Matter continued to 04/20/2007 at  8:30 in
            Department 32.
            Court orders defendant to be present at next
            hearing date.
            Jury Trial set for 04/23/2007 at  8:30 in
            Department 32. Estimated 0 days.
            Defendant Waives time for new trial date.
            Court orders defendant to be present at next
            hearing date.
            All parties notified.
            Bail To Remain as fixed.
            Remains remanded to custody of Riverside Sheriff.
            Minute Order printed to Robert Presley Detention
            Center.
              **MINUTE ORDER OF COURT PROCEEDING**
              ------------------------
     32     Hearing on Motion Re: Severance               Dispo
            Honorable Judge W. Charles Morgan Presiding.
            Courtroom Assistant: G. Patterson
```

```
OTSCASPRT        Superior Court of California, County of Riverside
  6/29/10                     CASE PRINT                          Page:      70
                      www.riverside.courts.ca.gov            RC
-------------------------------------------------------------------------------
CASE NUMBER:     RIF129919              DEFENDANT STATUS: Closed
ARREST NBR :     129919A                ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                  Defn :  3 of    3
===============================================================================
                 Court Reporter: C. McCutchen.
                 People represented by Deputy District Attorney:
                 Michael Hestrin.
                 Defendant Represented By D.Huish.
                 Defendant Present.
                 At 10:16, the following proceedings were held:
                 Court and Counsel Confer regarding: Aranda-Bruton
                 Hearing Continued by the Courts own motion.
                 Matter continued to 04/20/2007 at  8:30 in
                 Department 32.
                 Court orders defendant to be present at next
                 hearing date.
                 All parties notified.
                 Bail To Remain as fixed.
                 Remains remanded to custody of Riverside Sheriff.
                 Minute Order printed to Robert Presley Detention
                 Center.
                   **MINUTE ORDER OF COURT PROCEEDING**
                 ------------------------
4/05/07 32       Hearing on Motion Re: DISCOVERY                 Vacate
        32       No Minutes
                 ------------------------
        32       Hearing on Motion Re: TO SUPRESS EVIDENCE       Dispo
                 PURSUANT TO PC 1538.5
                 Honorable Judge W. Charles Morgan Presiding.
                 Courtroom Assistant: G. Patterson
                 Court Reporter: C. McCutchen.
                 People represented by Deputy District Attorney:
                 Michael Hestrin.
                 Defendant Represented By Dyke E.Huish.
                 Defendant Represented By K.Erickson.
                 Defendant Present.
                 At  9:29, the following proceedings were held:
                 All parties announce ready for 1538.5 PC motion.
                 Motion By Defense Regarding 1538.5 PC is called
                 for hearing.
                 Court has read and considered motion/People's
                 opposition and Defense's reply.
                 Court and Counsel Confer regarding: Incustody
                 Witness
                 Counsel Stipulate: there was no arrest warrant
                 and/or search warrant at the time of arrest.
                 James Brandt Witness Sworn and Testifies for
                 People.
                 Court takes a brief recess.
```

**Diamond Declaration, Exhibit B**
**Page 78**

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                         CASE PRINT                        Page:    71
                          www.riverside.courts.ca.gov             RC
-----------------------------------------------------------------------------
CASE NUMBER:      RIF129919                 DEFENDANT STATUS: Closed
ARREST NBR :      129919A                    ARREST DATE ....:  8/15/05
ARREST AGY :  RIV SHERIFF (COUNTY)  RIV
Defendant .:  NICOLAS, EPIFANIA VIOLA                   Defn :  3 of    3
=============================================================================
```

|         |                                                                |         |
|---------|----------------------------------------------------------------|---------|
|         | At 10:53, the following proceedings were held:                 |         |
|         | People's witness James Brandt, previously sworn,               |         |
|         | resumes the witness stand.                                     |         |
|         | Court in recess.                                               |         |
|         | At 13:30, the following proceedings were held:                 |         |
|         | People's witness James Brandt, previously sworn,               |         |
|         | resumes the witness stand.                                     |         |
|         | Witness James Brandt excused.                                  |         |
|         | People rest.                                                   |         |
|         | No defense at this time.                                       |         |
|         | Argument by Counsel.                                           |         |
|         | People's witness James Brandt, previously sworn,               |         |
|         | resumes the witness stand.                                     |         |
|         | Witness James Brandt excused.                                  |         |
|         | Court finds that there was probable cause                      |         |
|         | to arrest.                                                     |         |
|         | Motion Denied.                                                 |         |
|         | Hearing on 04/06/2007 at  8:30 for HM in Dept. 32              |         |
|         | is Confirmed.                                                  |         |
|         | Court orders defendant to be present at next                   |         |
|         | hearing date.                                                  |         |
|         | All parties notified.                                          |         |
|         | Bail To Remain as fixed.                                       |         |
|         | Remains remanded to custody of Riverside Sheriff.              |         |
|         | Minute Order printed to Robert Presley Detention               |         |
|         | Center.                                                        |         |
|         | Hearing on 04/05/2007 at 11:34 for HM is Vacated.              |         |
|         | **MINUTE ORDER OF COURT PROCEEDING**                           |         |
|         | -------------------------                                      |         |
| 4/04/07 | Reply to Opposition re: 1538.5 pc - Filed                      |         |
|         | -------------------------                                      |         |
| 3/22/07 | Motion FOR DISCOVERY filed.                                    |         |
|         | -------------------------                                      |         |
| 3/19/07 32 | Jury Trial                                                  | Vacate  |
|       32 | No Minutes                                                      |         |
|         | -------------------------                                      |         |
| 3/16/07 32 | Hearing on Motion Re: TO SUPRESS EVIDENCE                   | Dispo   |
|         | PURSUANT TO PC 1538.5                                           |         |
|         | Honorable Judge W. Charles Morgan Presiding.                   |         |
|         | Courtroom Assistant: G. Patterson                              |         |
|         | Court Reporter: C. McCutchen.                                  |         |
|         | People represented by Deputy District Attorney:                |         |
|         | Michael Hestrin.                                               |         |
|         | Defendant Represented By Dyke E.Huish.                         |         |
|         | Defendant Present.                                             |         |

```
OTSCASPRT      Superior Court of California, County of Riverside
  6/29/10                      CASE PRINT                      Page:    72
                      www.riverside.courts.ca.gov          RC
-----------------------------------------------------------------------
CASE NUMBER:    RIF129919              DEFENDANT STATUS: Closed
ARREST NBR :    129919A                ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA            Defn :  3 of    3
=======================================================================
```

```
             At   9:47, the following proceedings were held:
             Hearing Continued by the Courts own motion.
             Matter continued to 04/05/2007 at  8:30 in
             Department 32.
             Court orders defendant to be present at next
             hearing date.
             All parties notified.
             Bail To Remain as fixed.
             Remains remanded to custody of Riverside Sheriff.
             Minute Order printed to Robert Presley Detention
             Center.
             Witness Annette E.Caldera (Incustody) ordered to
             return on 04/05/2007 at  8:30 in Dept 32.
             Minute Order printed to Robert Presley Detention
             Center.
             --------------------------
       32    Hearing on Motion Re: Severance              Dispo
             Honorable Judge W. Charles Morgan Presiding.
             Courtroom Assistant: G. Patterson
             Court Reporter: C. McCutchen.
             People represented by Deputy District Attorney:
             Michael Hestrin.
             Defendant Represented By Dyke E.Huish.
             Defendant Present.
             Motion By People Regarding empanel 3 Jury Panels
             is called for hearing.
             Court and Counsel Confer regarding: Aranda-Bruton
             Matter will continue for further discussion.
             Hearing Continued by the Courts own motion.
             Matter continued to 04/06/2007 at  8:30 in
             Department 32.
             Trial Readiness Conference Set for 04/06/2007 at
             8:30 in Department 32.
             Court orders defendant to be present at next
             hearing date.
             All parties notified.
             Bail To Remain as fixed.
             Remains remanded to custody of Riverside Sheriff.
             ---- CORRECTED MINUTE ORDER PRINTED TO THE JAIL
             AT 11:58 ----
             Minute Order printed to Robert Presley Detention
             Center.
             --------------------------
3/09/07 32   Hearing on Motion Re: 1050 PC                Dispo
             Honorable Judge W. Charles Morgan Presiding.
```

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                      CASE PRINT                          Page:    73
                     www.riverside.courts.ca.gov              RC
--------------------------------------------------------------------------
CASE NUMBER:    RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :    129919A                    ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA               Defn :  3 of    3
==========================================================================
```

Courtroom Assistant: G. Patterson
Court Reporter: C. McCutchen.
People represented by Deputy District Attorney:
Michael Hestrin.
Defendant Represented By Dyke E.Huish.
Defendant Present.
At 10:09, the following proceedings were held:
All parties announce ready for 1050 PC Motion.
Motion By the People Regarding 1050 PC is called
for hearing.
Defense objects.
Motion Granted
  **MINUTE ORDER OF COURT PROCEEDING**
  ------------------------

32    Hearing on Motion Re: TO SUPRESS EVIDENCE        Dispo
      PURSUANT TO PC 1538.5
      Honorable Judge W. Charles Morgan Presiding.
      Courtroom Assistant: G. Patterson
      Court Reporter: C. McCutchen.
      People represented by Deputy District Attorney:
      Michael Hestrin.
      Defendant Represented By Dyke E.Huish.
      Defendant Present.
      At 10:09, the following proceedings were held:
      Hearing Continued by the Courts own motion.
      Matter continued to 03/16/2007 at  8:31 in
      Department 32.
      Court orders defendant to be present at next
      hearing date.
      All parties notified.
      Bail To Remain as fixed.
      Remains remanded to custody of Riverside Sheriff.
      Minute Order printed to Robert Presley Detention
      Center.
      Jail Commitment issued.
      Witness: Annette E Caldera (Incustody) is
      ordered to be transported on 3-16-07 @ 8:30am
      Dept 32.
      Jail Commitment issued.
      Minute Order printed to Robert Presley Detention
      Center.
      Jail Commit for Incustody Witness was also
      faxed to RPDC Business Office/Transportation.
        **MINUTE ORDER OF COURT PROCEEDING**
        ------------------------

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                      CASE PRINT                        Page:    74
                     www.riverside.courts.ca.gov          RC
------------------------------------------------------------------------------
CASE NUMBER:    RIF129919              DEFENDANT STATUS: Closed
ARREST NBR :    129919A                ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                   Defn :  3 of   3
==============================================================================
```

| | | |
|---|---|---|
| 3/08/07 | Opposition to Motion 1538.5PC Filed by the People. | |
| | ------------------------- | |
| | Motion 1050PC filed. | |
| | ------------------------- | |
| 3/07/07 | Hearing Set 03/19/2007 at  8:30 re JT is Vacated. | |
| | ------------------------- | |
| 2/28/07 | Filed: ORDER TO ATTEND COURT & POS AS TO RSO | |
| | ------------------------- | |
| | Filed: ORDER TO ATTEND COURT & POS AS TO RPDC | |
| | ------------------------- | |

```
2/23/07 32   Hearing on Motion Re: TO SUPRESS EVIDENCE        Dispo
             PURSUANT TO PC 1538.5
             Honorable Judge W. Charles Morgan Presiding.
             Courtroom Assistant: G. Patterson
             Court Reporter: C. McCutchen.
             People represented by Deputy District Attorney:
             Michael Hestrin.
             Defendant Represented By Dyke E.Huish.
             Defendant Present.
             At 10:30, the following proceedings were held:
             Hearing Continued To 03/09/2007 at  8:30 in
             Department 32 pursuant to Stipulation of counsel.
             Court orders defendant to be present at next
             hearing date.
             All parties notified.
             Bail To Remain as fixed.
             Remains remanded to custody of Riverside Sheriff.
             Minute Order printed to Robert Presley Detention
             Center.
              **MINUTE ORDER OF COURT PROCEEDING**
             -------------------------
        32   Trial Readiness Conference                       Dispo
             Honorable Judge W. Charles Morgan Presiding.
             Courtroom Assistant: G. Patterson
             Court Reporter: C. McCutchen.
             People represented by Deputy District Attorney:
             Michael Hestrin.
             Defendant Represented By Dyke E.Huish.
             Defendant Present.
             At 10:30, the following proceedings were held:
             Jury Trial set for 04/09/2007 at  8:30 in
             Department 32. Estimated 0 days.
             Dates are set within previous time waiver.
             Court orders defendant to be present at next
             hearing date.
```

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                       CASE PRINT                            Page:    75
                         www.riverside.courts.ca.gov           RC
--------------------------------------------------------------------------------
CASE NUMBER:     RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :     129919A                    ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                   Defn :  3 of    3
================================================================================
                  All parties notified.
                  Bail To Remain as fixed.
                  Remains remanded to custody of Riverside Sheriff.
                  Minute Order printed to Robert Presley Detention
                  Center.
                    **MINUTE ORDER OF COURT PROCEEDING**
                  ------------------------
          32      Hearing on Motion for Bail Review.              Dispo
                  Honorable Judge W. Charles Morgan Presiding.
                  Courtroom Assistant: G. Patterson
                  Court Reporter: C. McCutchen.
                  People represented by Deputy District Attorney:
                  Michael Hestrin.
                  Defendant Represented By Dyke E.Huish.
                  Defendant Present.
                  At 10:30, the following proceedings were held:
                  Motion By Defense Regarding bail reduction is
                  called for hearing.
                  Argument by Counsel.
                  Court has read and considered Pre Trial services
                  recommendation.
                  Motion Denied.
                  Bail To Remain as fixed.
                  Remains remanded to custody of Riverside Sheriff.
                    **MINUTE ORDER OF COURT PROCEEDING**
                  ------------------------
          32      Hearing on Motion Re: Severance                 Dispo
                  Honorable Judge W. Charles Morgan Presiding.
                  Courtroom Assistant: G. Patterson
                  Court Reporter: C. McCutchen.
                  People represented by Deputy District Attorney:
                  Michael Hestrin.
                  Defendant Represented By Dyke E.Huish.
                  Defendant Present.
                  At 10:30, the following proceedings were held:
                  Hearing Continued To 03/16/2007 at  8:30 in
                  Department 32 pursuant to Stipulation of counsel.
                  Court orders defendant to be present at next
                  hearing date.
                  All parties notified.
                  Bail To Remain as fixed.
                  Remains remanded to custody of Riverside Sheriff.
                    **MINUTE ORDER OF COURT PROCEEDING**
                  ------------------------
2/21/07           Opposition to Motion MOTION FOR SEVERANCE Filed
```

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                        Page:    76
                        www.riverside.courts.ca.gov              RC
---------------------------------------------------------------------------
CASE NUMBER:      RIF129919              DEFENDANT STATUS: Closed
ARREST NBR :      129919A                ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA              Defn :  3 of   3
===========================================================================
                   DA.
                   ------------------------
  2/14/07          O.R. Application and Report Filed.
                   ------------------------
  2/13/07          Motion TO SUPRESS EVIDENCE PURSUANT TO PC 1538.5
                   filed.
                   ------------------------
  2/09/07          O.R. Application and Report Filed.
                   ------------------------
           32      Hearing on Motion for Bail Review.              Dispo
                   Honorable Judge J. Thompson Hanks Presiding.
                   Courtroom Assistant: G. Patterson
                   Court Reporter: C. McCutchen.
                   People represented by Deputy District Attorney:
                   Michael Hestrin by Counselis.
                   Defendant Represented By Kristen Erickson.
                   Defendant Represented By Dyke E.Huish.
                   Defendant Present.
                   At  9:49, the following proceedings were held:
                   Motion re: Bail Review is placed off calendar at
                   the request of Defense.
                   Hearing Continued at the request of Defense.
                   Matter continued to 02/23/2007 at  8:30 in
                   Department 32.
                   Court orders defendant to be present at next
                   hearing date.
                   All parties notified.
                   Bail To Remain as fixed.
                   Remains remanded to custody of Riverside Sheriff.
                   Minute Order printed to Southwest Detention Center
                   **MINUTE ORDER OF COURT PROCEEDING**
                   ------------------------
                   Motion Court Order Setting Reasonable Bail filed.
                   ------------------------
  2/02/07 32      Hearing on Motion Re: Severance                 Dispo
                   Honorable Judge W. Charles Morgan Presiding.
                   Courtroom Assistant: G. Patterson
                   Court Reporter: C. McCutchen.
                   People represented by Deputy District Attorney:
                   Michael Hestrin.
                   Defendant Represented By Dyke E. Huish.
                   Defendant Represented By Kristen Erickson.
                   Defendant Present.
                   At 10:18, the following proceedings were held:
                   Hearing Continued To 02/23/2007 at  8:30 in
```

**Diamond Declaration, Exhibit B
Page 84**

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                            Page:    77
                        www.riverside.courts.ca.gov          RC
-----------------------------------------------------------------------
CASE NUMBER:    RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :    129919A                    ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                Defn :  3 of   3
=======================================================================
```

                    Department 32 pursuant to Stipulation of counsel.
                    Court orders defendant to be present at next
                    hearing date.
                    All parties notified.
                    Bail To Remain as fixed.
                    Remains remanded to custody of Riverside Sheriff.
                    Minute Order printed to Robert Presley Detention
                    Center.
                    -------------------------
         32         995 Penal Code Hearing.                        Dispo
                    Honorable Judge W. Charles Morgan Presiding.
                    Courtroom Assistant: G. Patterson
                    Court Reporter: C. McCutchen.
                    People represented by Deputy District Attorney:
                    Michael Hestrin.
                    Defendant Represented By Kristen Erickson.
                    Defendant Present.
                    At 10:18, the following proceedings were held:
                    All parties announce ready for 995 PC Motion.
                    Motion By Defense Regarding 995 PC is called for
                    hearing.
                    Court has read and considered 995 PC motion and
                    People's opposition.
                    Argument by the People.
                    Argument by Defense.
                    Motion Denied.
                    Hearing on Motion for Bail Review set for
                    02/09/2007 at  8:30 in Dept 32
                    Court orders defendant to be present at next
                    hearing date.
                    Referred to Pre-Trial Services for O.R/Bail
                    reduction report returnable on 02/08/2007.
                    O.R. office notified.
                    Jury Trial set for 03/19/2007 at  8:30 in
                    Department 32. Estimated 0 days.
                    Defendant waives time for trial to 03/19/2007
                    plus 15 days.
                    Trial Readiness Conference Set for 02/23/2007 at
                    8:30 in Department 32.
                    All parties notified.
                    Bail To Remain as fixed.
                    Remains remanded to custody of Riverside Sheriff.
                    Minute Order printed to Robert Presley Detention
                    Center.
                     **MINUTE ORDER OF COURT PROCEEDING**

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                      CASE PRINT                          Page:    78
                   www.riverside.courts.ca.gov            RC
--------------------------------------------------------------------------------
CASE NUMBER:      RIF129919                DEFENDANT STATUS: Closed
ARREST NBR :      129919A                  ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                   Defn :  3 of   3
================================================================================
                  **MINUTE ORDER OF COURT PROCEEDING**
                  ------------------------
 1/31/07       Filed: REPLY TO PEOPLES OPPOSITION TO DEFT MOTION
                  ------------------------
 1/19/07 32    Hearing on Motion Re: Severance                  Dispo
               Honorable Judge Jeffrey J. Prevost Presiding.
               Courtroom Assistant: L. Walker
               Court Reporter: H. Bowden.
               People represented by Deputy District Attorney:
               Michael Hestrin.
               Defendant Represented By Dyke E. Huish.
               Defendant Present.
               At  9:46, the following proceedings were held:
               Hearing Continued To 02/02/2007 at  8:30 in
               Department 32 pursuant to Stipulation of counsel.
               Defendant waives time for TRIAL plus 15 Court
               days.
               Defendant ordered to return on any and all future
               hearing dates.
               Bail To Remain as fixed.
               Remains remanded to custody of Riverside Sheriff.
               Minute Order printed to Robert Presley Detention
               Center.
                  ------------------------
         32    995 Penal Code Hearing.                          Dispo
               Honorable Judge Jeffrey J. Prevost Presiding.
               Courtroom Assistant: L. Walker
               Court Reporter: H. Bowden.
               People represented by Deputy District Attorney:
               Michael Hestrin.
               Defendant Represented By Dyke E. Huish.
               Defendant Present.
               At  9:46, the following proceedings were held:
               Hearing Continued To 02/02/2007 at  8:30 in
               Department 32 pursuant to Stipulation of counsel.
               Defendant ordered to return on any and all future
               hearing dates.
               Bail To Remain as fixed.
               Remains remanded to custody of Riverside Sheriff.
               Minute Order printed to Robert Presley Detention
               Center.
                  ------------------------
 1/12/07       Opposition to Motion pursuant to 995 PC Filed the
               People.
                  ------------------------
```

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                         CASE PRINT                              Page:    79
                          www.riverside.courts.ca.gov              RC
--------------------------------------------------------------------------------
CASE NUMBER:      RIF129919                   DEFENDANT STATUS: Closed
ARREST NBR :      129919A                     ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :  3 of   3
================================================================================
```

12/28/06        Case assigned to Dept. 32 to Judge Judge W.
                Charles Morgan
                ------------------------
12/15/06 44     Trial Readiness Conference                     Vacate
         44     No Minutes
                ------------------------
         44     Hearing on Motion Re: Severance                Dispo
                Honorable Judge Paul E. Zellerbach Presiding.
                Courtroom Assistant: E. Anderson
                Court Reporter: B. Lane.
                People represented by Deputy District Attorney:
                Michael Hestrin.
                Defendant Represented By Dyke E. Huish.
                Defendant Present.
                At 10:01, the following proceedings were held:
                Hearing Continued by the request of the People.
                Matter continued to 01/19/2007 at  8:30 in
                Department 44.
                Defendant waives time for 011907 plus 15 Court
                days.
                Defendant ordered to return on any and all future
                hearing dates.
                Bail To Remain as fixed.
                Remains remanded to custody of Riverside Sheriff.
                Minute Order printed to Robert Presley Detention
                Center.
                ------------------------
         44     995 Penal Code Hearing.                         Dispo
                Honorable Judge Paul E. Zellerbach Presiding.
                Courtroom Assistant: E. Anderson
                Court Reporter: B. Lane.
                People represented by Deputy District Attorney:
                Michael Hestrin.
                Defendant Represented By Dyke E. Huish.
                Defendant Present.
                At 10:01, the following proceedings were held:
                Hearing Continued by the request of the People.
                Matter continued to 01/19/2007 at  8:30 in
                Department 44.
                Defendant waives time for 011907 plus 15 Court
                days.
                Defendant ordered to return on any and all future
                hearing dates.
                Bail To Remain as fixed.
                Remains remanded to custody of Riverside Sheriff.

```
OTSCASPRT       Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                            Page:    80
                       www.riverside.courts.ca.gov          RC
--------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                DEFENDANT STATUS: Closed
ARREST NBR :    129919A                  ARREST DATE ....: 8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                  Defn :  3 of   3
================================================================================
                Minute Order printed to Robert Presley Detention
                Center.
                -------------------------
         44     Hearing on Motion for Continuance pursuant to        Dispo
                1050PC
                Honorable Judge Paul E. Zellerbach Presiding.
                Courtroom Assistant: E. Anderson
                Court Reporter: B. Lane.
                People represented by Deputy District Attorney:
                Michael Hestrin.
                Defendant Represented By Dyke E. Huish.
                Defendant Present.
                At 10:01, the following proceedings were held:
                Motion By People Regarding Continuance is called
                for hearing.
                Court finds good cause exists for continuance
                over defendant's objections.
                Motion Granted
                Trial Readiness Conference Vacated.
                Bail To Remain as fixed.
                Remains remanded to custody of Riverside Sheriff.
                -------------------------
12/07/06        Motion for Continuance pursuant to 1050PC Filed
                by ***
                -------------------------
                Filed: EX PARTE APPLICATION P'S & A'S IN EXCESS
                10 PAGES
                -------------------------
                Motion pursuant to Section 995 Penal Code - Filed.
                -------------------------
         44     Motion TO SEVER DEFENDANT filed.
                -------------------------
10/27/06 44     Trial Readiness Conference                           Dispo
                Honorable Judge Paul E. Zellerbach Presiding.
                Courtroom Assistant: H. Smith
                Court Reporter: T. Webster.
                People represented by Deputy District Attorney:
                Michael Hestrin.
                Defendant Represented By Dyke E. Huish.
                Defendant Present.
                At 10:27, the following proceedings were held:
                Hearing Continued To 12/15/2006 at  8:30 in
                Department 44 pursuant to Stipulation of counsel.
                Motion for Severance is set on 12/15/2006 at
                8:30 in Department 44.
```

```
OTSCASPRT        Superior Court of California, County of Riverside
 6/29/10                           CASE PRINT                        Page:    81
                             www.riverside.courts.ca.gov           RC
--------------------------------------------------------------------------------
CASE NUMBER:     RIF129919                 DEFENDANT STATUS: Closed
ARREST NBR :     129919A                   ARREST DATE ....: 8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :  3 of    3
================================================================================
```

```
                 Defendant waives time for trial to 12/15/2006
                 plus 30 days.
                 Defendant Ordered to Return.
                 Bail To Remain as fixed.
                 Remains remanded to custody of Riverside Sheriff.
                 Minute Order printed to Robert Presley Detention
                 Center.
                 --------------------------
9/29/06 44       Trial Readiness Conference                        Dispo
                 Honorable Judge Paul E. Zellerbach Presiding.
                 Courtroom Assistant: E. Anderson
                 Court Reporter: T. Webster.
                 People represented by Deputy District Attorney:
                 Michael Hestrin.
                 Defendant Represented By Dyke E. Huish.
                 Defendant Present.
                 At 10:14, the following proceedings were held:
                 Motion re: DISCOVERY MOTION is placed off
                 calendar at the request of Defense.
                 Hearing Continued To 10/27/2006 at  8:30 in
                 Department 44 pursuant to Stipulation of counsel.
                 Defendant Waives Time For 102706 plus 30 days.
                 Defendant Ordered to Return.
                 Bail To Remain as fixed.
                 Remains remanded to custody of Riverside Sheriff.
                 Minute Order printed to Robert Presley Detention
                 Center.
                 --------------------------
9/08/06 33       Trial Readiness Conference                        Dispo
                 Honorable Judge Gary B. Tranbarger Presiding.
                 Courtroom Assistant: M. Rico
                 Court Reporter: S. Jones.
                 People represented by Deputy District Attorney:
                 M. HESTRIN.
                 Defendant Represented By PVT D. HUISH.
                 Defendant Present.
                 Hearing Continued at the request of Defense.
                 Matter continued to 09/29/2006 at  8:30 in
                 Department 44.
                 Defendant waives time for trial to 09/29/2006
                 plus 30 days.
                 Defendant Ordered to Return.
                 Bail To Remain as fixed.
                 Remains remanded to custody of Riverside Sheriff.
                 Minute Order printed to Robert Presley Detention
```

```
OTSCASPRT      · Superior Court of California, County of Riverside
  6/29/10                       CASE PRINT                           Page:    82
                         www.riverside.courts.ca.gov           RC
------------------------------------------------------------------------------
CASE NUMBER:    RIF129919                    DEFENDANT STATUS: Closed
ARREST NBR :    129919A                      ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                   Defn :  3 of   3
==============================================================================
```

```
                Center.
                ------------------------
 8/31/06        Copy Request Completed/Sent to DOJ SAN DIEGO ATTN
                S FITZGERALD.
                ------------------------
 7/28/06 33     Trial Readiness Conference                       Dispo
                Honorable Judge Gary B. Tranbarger Presiding.
                Courtroom Assistant: M. Rico
                Court Reporter: S. Jones.
                People represented by Deputy District Attorney:
                M. HESTRIN.
                Defendant Represented By PVT D. HUISH.
                Defendant Present.
                Hearing Continued at the request of Defense.
                Matter continued to 09/08/2006 at  8:30 in
                Department 33.
                Defendant waives time for trial to 09/08/2006
                plus 30 days.
                Defendant Ordered to Return.
                Bail To Remain as fixed.
                Remains remanded to custody of Riverside Sheriff.
                Minute Order printed to Robert Presley Detention
                Center.
                ------------------------
 6/05/06 33     Trial Readiness Conference                       Dispo
                Honorable Judge Gary B. Tranbarger Presiding.
                Courtroom Assistant: M. Rico
                Court Reporter: S. Jones.
                People represented by Deputy District Attorney:
                M. HESTRIN.
                Defendant Represented By PVT D. HUISH.
                Defendant Present.
                Trial Readiness Conference Set for 07/28/2006 at
                8:30 in Department 33.
                Defendant waives time for trial to 07/28/2006
                plus 30 days.
                Defendant Ordered to Return.
                Bail To Remain as fixed.
                Remains remanded to custody of Riverside Sheriff.
                Minute Order printed to Robert Presley Detention
                Center.
                ------------------------
 5/03/06 33     Arraignment                                      Dispo
                Honorable Judge Gary B. Tranbarger Presiding.
                Courtroom Assistant: M. Rico
```

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                        CASE PRINT                        Page:    83
                        www.riverside.courts.ca.gov          RC
-----------------------------------------------------------------------------
CASE NUMBER:    RIF129919                  DEFENDANT STATUS: Closed
ARREST NBR :    129919A                    ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                    Defn :  3 of   3
=============================================================================
```

                Court Reporter: S. Jones.
                People represented by Deputy District Attorney:
                M. HESTRIN.
                Defendant Represented By PVT D. HUISH.
                Defendant Present.
                Copy of Indictment furnished to counsel.
                Defendant Waives Formal Arraignment.
                Defendant Advised of Constitutional Rights.
                Defendant advised of right to trial by jury.
                Defendant advised of right to confront and cross
                examine witnesses; right to present evidence on
                own behalf.
                Defendant advised of privilege against self
                incrimination.
                Defendant advised of charges and consequences of
                his/her plea and statutory sentencing.
                Court finds based on inquiry and examination of
                deft, that deft has the ability to understand and
                does understand his/her constitutional rights.
                Pleads Not Guilty to all charges.
                Defendant Denies Enhancement(s).
                DEPARTMENT 44 IS THE DESIGNATED DEPARTMENT FOR ALL
                PRE-TRIAL MOTIONS ON THIS CASE.
                Trial Readiness Conference Set for 06/05/2006 at
                8:31 in Department 33.
                Defendant waives time for trial to 06/05/2006
                plus 30 days.
                Defendant Ordered to Return.
                Oral Motion By People regarding dismiss RIF127017
                is called for hearing.
                Motion Granted
                This case supercedes case RIF127017
                Court orders records/transcript unsealed and to
                be made available to all counsel only.
                Bail Set in Amount of $0.00.
                Remains remanded to custody of Riverside Sheriff.
                Minute Order printed to Robert Presley Detention
                Center.
                **MINUTE ORDER OF COURT PROCEEDING**
                ------------------------
                Jail Commitment (USE JCN)
                ------------------------
                Grand Jury Transcripts unsealed to counsel only.
                ------------------------
                Indictment ordered unsealed

```
OTSCASPRT      Superior Court of California, County of Riverside
 6/29/10                       CASE PRINT                           Page:    84
                       www.riverside.courts.ca.gov            RC
---------------------------------------------------------------------------
CASE NUMBER:      RIF129919                DEFENDANT STATUS: Closed
ARREST NBR :      129919A                  ARREST DATE ....:  8/15/05
ARREST AGY : RIV SHERIFF (COUNTY)  RIV
Defendant .: NICOLAS, EPIFANIA VIOLA                  Defn :  3 of    3
===========================================================================
                   ------------------------
 4/27/06          Indictment Filed by CRDBM

**** No Local DMV data available for this case ****
                   **** END OF CASE PRINT ****
```