1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   EPIFANIA NICOLAS,              ) CASE NO. CV 09-01737 DMG (PJWx)
                                    )
12              Plaintiff,          ) **JUDGMENT -JS6**
                                    )
13   v.                             )
                                    )
14   CITY OF RIVERSIDE,             )
     CALIFORNIA; CITY OF            )
15   RIVERSIDE POLICE               )
     DEPARTMENT; COUNTY OF          )
16   RIVERSIDE; COUNTY OF           )
     RIVERSIDE DISTRICT             )
17   ATTORNEY'S OFFICE; JIM         )
     BRANDT; MICHAEL MEDICI;        )
18   MICHAEL HESTRIN; CHIEF OF      )
     POLICE RUSS LEACH;             )
19   DISTRICT ATTORNEY ROD          )
     PACHECO; GROVER C. TRASK;      )
20   DOES 1 through 100, Inclusive, )
                                    )
21              Defendants.         )
                                    )
22                                  )
                                    )
23                                  )
                                    )
24   _____ )
25
26
27
28

This action came on for hearing before the Court on October 1, 2010, Honorable Dolly M. Gee, District Judge presiding, on the Motion for Summary Judgment of the Defendants City of Riverside, Jim Brandt, Michael Medici, and Russ Leach ("Motion").  The Court, having fully considered the parties' arguments and all the evidence presented, granted the defendants' Motion by order filed December 28, 2010.  For all the reasons set forth therein:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Epifania Nicolas on all claims in this action; that Plaintiff shall take nothing from Defendants; and that Defendants shall have their costs against Plaintiff upon the timely filing of a bill of costs pursuant to Local Rule 54-3.

DATED:  January 18, 2011

_____
Hon. Dolly M. Gee
United States District Judge

Presented by:

SMITH MITCHELLWEILER LLP
　　Douglas C. Smith

OFFICE OF THE CITY ATTORNEY
CITY OF RIVERSIDE
　　Gregory P. Priamos
　　James E. Brown

GREINES, MARTIN, STEIN & RICHLAND LLP
　　Timothy T. Coates
　　Alan S. Diamond
　　Michael A. Brown

By: /S/ Michael A. Brown
　　　　Michael A. Brown
Attorneys for CITY OF RIVERSIDE, JIM BRANDT, MICHAEL MEDICI, and RUSS LEACH